ORIGINAL

ECF

# In The United States Court of Federal Claims

RECEIVED
SEP 5 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

PDR, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Philip F. Filosa

Firm Name: Philip F. Filosa, Attorney at Law

Post Office Box: P.O. Box 808

03-2047C

Street Address: 17 Kendrick Street

City-State-Zip: Wrentham, MA 02093

Telephone & Facsimile Numbers: P.508-384-3264; F. 508-384-3210

E-mail address: pffilosa@netzero.com

Is the attorney of record admitted to the Court of Federal Claims Bar? No

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

This action is for a breach of contractual and licensing agreements between the plaintiff and the USAF.

Government Agency Involved: A F

**See attached Sheet for three digit code.**

Amount Claimed: $ $312,000,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003