JAN



## Cover sheet Project summary

PDR, Inc. has successfully developed a method to manufacture Gallium Nitride (GaN) targets using GaN powder, a hot press integrated with a quasi-equilibrium environmental process. These targets have been characterized by Rome/Airforce Labs, Bedford MA and has been determined to be high quality, density and purity. Preliminary Pulse laser deposition methods have demonstrated the target has the potential of creating eptiaxial films on various substrates presented by Air Force laboratories at the 97 MRS conference. Additionally a second target is currently being tested in a sputtering system were deposition method shall be attempted. This proposal addresses three major tasks 1) Gallium Nitride powder characterization, 2) Target property enhancements and exploring mixing docents into targets for creating p – n layers 3) Defining a progressive series of devices starting with optical films and leading towards complex multi-layered structured. This target if successfully will allow sputtering or ablation systems to develop and compete in the Dynamically expanding nitride market. Inclosing through the proposal we have included numerous photos and references of present hardware and components programs being performed by PDR. These are included to demonstrate like the targets our analytical solutions are usually demonstrated by actual physical working components.

PDR, Inc. has successfully developed and demonstrated advancements in nitride and boride material research & development. Since 1996 PDR,Inc. has been working on (2) two Air Force CRDA's. The first focuses on Gallium Nitride for various optical and electronic applications, while the second addresses Zirconium Di-borides structures, including coatings, for high rate of fire gun barrels and Harden structures. These efforts are also coupled to an Inductively Coupled Plasma System designed, assembled and in operation by PDR, Inc and Rome/Air Force Labs. The major topic presented in the proposal detail our achievement in Gallium Nitride. The intent in the proposal is to present one material in detail, and presents the other efforts in various sub sections through the proposal. We feel in presenting the technology in this manor the reviewing agency can see advancements in our nitride and boride work, decide if issues like our multi-layer ceramic gun barrel design is viable or possibly an engine cylinder liner

**c. Identification and significant of the problem**

## c-1 Background

This proposal relates to gallium nitride sputtering targets with improved characteristics, and a simple and inexpensive method for producing such targets. In recent years there has been an explosive growth in the demand for and use of gallium nitride semiconductor and microelectronic devices, which are uniquely suited for the manufacture of "blue" light emitting diodes (LEDs) and of "blue light" lasers, including miniaturized lasers suitable for use in recording data, music or video signals onto compact discs. GaN detectors are being developed for Ultra Violet wavelengths and Composites nitride structures for tailored bandgaps. These III-V (GaN) base devices can operate over a broad temperature ranges making them suitable as high temperature electronic components in engine or equipment needing to operate at high elevated temperatures (engines, furnaces etc…) These developments have created a great need for a low cost, efficient methods of preparing gallium nitride source materials in a form suitable for use in established semiconductor fabrication techniques and apparatus.

Many different techniques and types of apparatus are used in the fabrication of electronic devices made of semiconductor materials, including so-called sputter deposition apparatus and techniques, which comprises several distinct methods. Sputter deposition techniques for example include DC reactive sputtering and laser ablation sputtering. A common feature of these sputtering techniques is that of the target of the material to be deposited is bombarded with an energetic beam, which dislodges atoms or molecules from the surface of the target and directs them to the surface of a nearby substrate, onto which the target material is deposited. The sputtering target is typically a wafer-shaped compacts produced using powder metallurgy compaction methods such as hot pressing, in which a powder mixture is subjected to a combination of high temperature and mechanical pressure to sinter the material into a bonded compact.

Gallium nitride targets usable in sputtering apparatus have never been available, even disreguarding cost there is no know method to manufacture a Gallium Nitride target. Efforts to prepare gallium nitride targets using conventional powder metallurgy methods have been unsuccessful, in that the Gallium Nitride disassociates into Gallium metal, nitrogen gas and Gallium oxide or resulting targets demonstrated unacceptably low density with correspondingly excessive level of porosity and contamination's

The failure of past attempts to prepare usable gallium nitride sputtering targets is attributed to problems arising from the low disassociation temperature of gallium nitride. Conventional powder metallurgy methods for the fabrication of compacts employ a combination of relatively high temperatures, in the order of 1,000 C, and high pressures in the order of 20-50 Kpsi. However gallium nitride has a disassociation temperature of approximately 850 C at atmospheric pressure, and the disassociation of gallium nitride brings about the venting of nitrogen gas and the reformation of gallium metal or gallium oxide, if oxygen is present. As such prior attempts gallium nitride targets have been characterized by numerous pockets of gallium metal and gallium oxide in addition to voids resulting from the venting of disassociated nitrogen. Problems in fabricating the targets include the necessity of producing targets of high density, because the results of sputtering processes have shown that denser targets offer many advantages. These advantages include the avoidance of material clusters, and the avoidance of so-called black spots or holes. In the sputtering of targets having insufficient density, overlarge particles in sizes from 0.70 μm to 100 μm may be produced from the target and deposited on the thin film, causing a variety of undesirable defects that substantially reduce the registration rate of the device. Efforts

to eliminate these undesirable characteristics, for example by undertaking the process in a controlled atmosphere rich in nitrogen, such as ammonia disassociation methods, have been unavailing.

Extremely complex and expensive methods exist for depositing gallium nitride onto substrates, such as the molecular beam epitaxy and the chemical vapor deposition methods. However the prohibitive cost and the complexity of these methods render them effectively unusable for the fabrication of gallium nitride sputtering targets.

PDR,Inc has developed a patent pending method for the preparation of gallium nitride targets for sputtering and ablation systems, that have much improved characteristics; more specifically it is an object of the method that provides a process enabling the preparation of gallium targets that have improved physical characteristics including a high density planned improvements, such as fractural geometery and shock sinitering, can increase this density to 95%. This homogeneous gallium nitride composition free of gallium metal or contaminants, and improved mechanical characteristics that allow the target to be readily machined, ground, and polished. It is a further object of the process to provide a method for the preparation of gallium nitride targets based on the conventional powder metallurgy technique of hot pressing, using as starting materials powders of gallium nitride subjected to the quasi-equilization environment method develop by PDR.

These superior characteristics resulting from the use of this method demonstrate a target with higher density, higher purity including an absence of pockets of gallium metal or of voids, and substantially improved mechanical strength permitting the easy machining, grinding or polishing of the target prior to placing it in a variety of coating systems.

**The Targets' present characteristics include:**

(1) substantially increased density
(2) low content of contaminants, particularly no gallium metal and gallium oxide
(3) low porosity, substantially free of voids
(4) low gas content especially oxygen or hydrogen
(5) good mechanical strength and machine-ability
(6) low particulate transportation upon sputtering.

These characteristics are a considerable Improvement over all known gallium nitride targets made using powder technology.

**Proposed target enhancements:**

(a) Creation of a family of III-V targets with high purity net shaped dense nitride bodies, e.g. $Si_3N_4$, AlN, BN, TiN, ZrN, and all other nitrides
(b) Introduce secondary elements into the target to deposit P & N doping layers. Some initial elements are; Mg, Zn, Cd, $H_g$, Ca, Be, C, Aq, As,
- Because of the toxicity levels of Cd & Be there considered as an option
- Initial dopents are Si & Mg for p & n layer testing

## c-2 Present Gallium Nitride Technology Methods

Of all the III-V nitrides, GaN has been the most studied for opto-electronic applications. Present method are detailed below with one commonality they use liquids or vapors as starting sources. This is due not because it is a perfered method, instead it due to a lack Solid structures of GaN are presently found only in thick films call Hydrothermal vapor phase epitixal. This process is expensive and time consuming, limiting developments of GaN in sputtering or pulse laser deposition areas. PDR,Inc. has developed a method to manufacturer high density and purity GaN Targets (Photo 1-2) that have been charaterized by Rome/Airforce Labortries, Bedford MA. Pulse Laser or Sputter deposition is being attempted to apply epitial GaN layers. This method allows GaN targets to be manufactured in a varity of diameters (2,4,6,10 etc...inches) with 0.25 or greater thickness. Proposed enhancements include mixing dopents in the target structure to attempt creating p or n structures. Researchers see benefits in depositing films using these two methods. Dr. Yoahie in Japan Recsently attempts using liquid Gallium metal placed in a boat with an ammonium gas background hoping to vaporize the metal, crack the ammonium gas, while directing it toward a substrate and combine into GaN before reaching the substrate. Dr. Vispute from University of Maryland is utilizing hvpe thich films in a Pulse Laser Deposition system. These two methods are being attemped since no GaN targets have been aviable. Since creating the target in May of 97 and a second in Oct 97, charaterization has been conducted and priliminary atempts to deposite films are showing promise.

Films of GaN have been grown from the vapor phase by several techniques including low and high pressure CVD [1,2], plasma-enhanced CVD [3,4], reactive ionized-cluster beam deposition (RICB) [5,16], reactive and ionized molecular beam epitaxy (RMBE) [7-9], IMBE [4,10,11]. Reactive sputtering [13-17] of gallium in NH3, N2-NH3 or N2-Ar mixtures and solution growth [47,18,19) from gallium or Ga-Bi mixtures have also been used to grow crystalline or amorphous films and small bulk crystals respectively. Since these last two methods represent only a small fraction of the total research into GaN and their use did not result in better material, they will not be discussed further. Sapphire has been the most widely used substrate, although its lattice parameters and coefficients of thermal expansion are about 23% and about 25% greater, respectively, than those of GaN. A brief overview of the studies of deposition of this material from the vapor phase, including those currently in progress, is presented in the following subsections.

## c-3 Deposition of Intrinsic GaN from the Vapor Phase

Chemical vapor deposition has been the most commonly used method to grow epitaxial GaN with GaCl (produced by passing dilute HCl vapor over molten gallium) and NH3 being the most commonly used reactants. Maruska and Tietjen [1] were the first to use this technique but Pankove and coworkers [22-25] have achieved the greatest success. These researchers, as well as about 15 other groups [26-46], who have employed this technique, have all used substrate temperatures above 1173K and usually between 1273 and 1423K. The vapor pressure of nitrogen over GaN in the latter temperature range is from 10-50 MPa [47,48], as shown in Fig. **5.** However, the equilibrium vapor pressure of NH3 over GaN at 1323K is only 650 Pa [26] thus allowing GaN to form at these elevated temperatures. In this latter process, nitrogen is still lost to the atmosphere from the GaN (as it is with the use of N2). However, in the presence of NH3. When a nitrogen atom leaves the GaN, an NH3 molecule decomposes and replaces it. Nevertheless, the rate of nitrogen replacement is apparently insufficient to maintain stoichiometry, or GaN is intrinsically non-stoichiometric. Since no CVD grown undoped GaN layers with carrier concentrations less than $1.4x10^{17}cm^{-3}$ have been reported, and free gallium is often found in films grown at slow rates.

Various other gallium sources have been used for CVD growth of GaN including trimethylgallium [48-51], triethylgallium [52], trimethylgallium-etherate [53], and a gallium

tribromideammonia complex [54-55], a triethylgaluum-monamine complex [56], as well as gallium di- and tlichloride and bromide [2]. Most of these were used in order to lower the temperature required for decomposition, with some being deposited at temperatures as low as 573K. However, all films deposited below 873K were polycrystalline. In addition, plasmas have been used to activate N2 for use as the nitrogen source [3,4] but, since the partial pressure of nitrogen in the CVD reactor was always less than the equilibrium partial pressure of nitrogen over GaN at the substrate temperature, the samples universally contained very high n-type carrier concentrations. None of the latter CVD processes have been more successful at growing low carrier concentration, undoped, monocrystalline thin films of GaN than has been the GaCl and NH3 system noted initially.

Almost all of the above studies were conducted using either basal- or R-plane-oriented sapphire as the substrate. In general, the basal-oriented films have been found to have a smoother surface than have the R-plane-oriented films, but the growth rate on the latter was usually greater. Wickenden *et al.* [28] Used (x-SiC (OOO 1) substrates and obtained very smooth epilayers but the films had poor adherence and carrier concentrations lower than those of films grown on sapphire.

Several studies of the growth kinetics of GaN have been conducted [36,42,44,46] and agreement on several points has been achieved: (1) the growth rate on R-plane sapphire is higher than that m basal-plane sapphire at the same flow rates and temperatures; (2) the faster the growth at a given temperature, the lower the carrier concentration; (3) the higher the growth temperature at a given growth rate, the higher the n-type carrier concentration of the resulting film. These results (along with thermodynamic information and electrical data) have resulted in a nearly universal consensus that nitrogen vacancies are responsible for the n-type character of undoped GaN. However, Seifert et al. [27] claim that the temperature has no influence on the n-type carrier concentration. Moreover, GiRessen *et al.* [41] found that when they varied the N2 pressure in their high pressure CVD system from 4 to 13 MPa, at temperatures from 933 to 1273K, there was virtually no change in the n-type carrier concentration (e.g. $2xlO^{19}$ –$lx10^{20}$ $cm^{-3}$ was obtained regardless of pressure). According to the vapor pressure curves of Logan and Thurmond [47], and Madar et al.[48], GaN should be stable at the pressures employed by Gillessen *et al.* However, GiUessen *et al.* state that their results are in contrast with the results of Madar *et al.* who claim to have achieved p-type conduction by varying the growth conditions in the ranges 1373-1473K and 150-500 MPa. Nevertheless, Gillessen et al. [41] still believe that the n-type conductance is a result of nitrogen vacancies.

## c-4 Reactive Ionized-Cluster Beam Deposition

Epitaxial GaN has been grown [50,6] on ZnO substrates using RICB at 573 and 723K. The ambient N2 pressure was $5X1O^{-4}$ Torr. In this technique, the gallium beam is introduced into a chamber by the adiabatic expansion of the vapor from a special nozzle. The beam is bombarded with electrons, which causes ionization and the division into many singly charged gallium clusters, which are accelerated toward the substrate by a potential. Upon impact with the heated substrate, the clusters disintegrate into individual atoms, which diffuse across the surface as well as react with the chosen gas to form the desired film. The GaN films grown by this process showed n-type conductivity with resistivities of 1-10 Ω cm. However, optical absorption measurements showed these films to be inferior to high quality CVD grown samples.

## c-5 Molecular Beam Epitaxy

Two modifications of this general technique have been used to grow GaN films: RMBE and IMBE. Both techniques are variations of gas source MBE. The former involves the use of a gallium Knudsen cell with $NH_3$ as the reactive gas whilst the latter uses ionized $N_2$ as the nitrogen source. Gotoh *et* al. [4] have grown GaN on sapphire using both methods. With RMBE the optimum substrate, temperature and $NH_3$ pressure were 898 K and $3x10^{-4}$ Torr respectively, which gave a growth rate of 100 $nmh^{-1}$. The films had smooth surfaces, a resistively of $3.2x10^{-3}$ Ω-cm and a carrier concentration of $1.5xlO^{l9}$ $cm^{-3.}$ Using IMBE, the optimum substrate temperature was lowered to 663K. The films produced by IMBE, as opposed to those produced by RMBE, had a more linear growth rate with time, a higher resistivity ($3.2x10^{-2}$ Ω-cm) and a lower carrier concentration ($n=5.8xlO^{l8}$ $cm^{-3}$). These investigators postulated that the liberated hydrogen in RMBE disturbs the growth process and causes defects.

Yoshida et al. [7,8] have used RMBE with an NH3 flux of $2xlO^{-4}$ Torr to grow GaN on AIN-coated sapphire substrates at 973K, but their success has been limited.

Finally, Gershenzon [9] has described the preliminary results of his efforts to grow GaN on sapphire substrates at 973K by using RMBE. Four-point probe measurements showed the electrical resistivity to be no higher than for those films grown by the other vapor phase techniques noted above.

Very recent research using IMBE has been reported by Paisley *et al.* [10,11]. These investigators employed a microwave glow discharge plasma to dissociate/activate purified N2, a Knudsen cell for the evaporation of Ga and substrates of β-SIC (cubic polytype), α(6H)-SiC (hexagonal polytype) and (0001) sapphire heated within the range of 500-700 °C. The atomic arrangement of the substrate surface dictated the crystallography of the film: cubic (zinc blended structure) GaN grew on the β-SiC while hexagonal (wurtzite structure) was deposited on the α(6H)-SiC and (0001) sapphire. Electron diffraction via TEM confirmed the indications of RHEED patterns of four-fold symmetry and therefore the existence of cubic GaN. This research also supported the indications of cubic GaN grown on GaAs by Mizuta, *et al.* [12] using metalorganics and hydrazine. The lattice parameter and band-gap at 573K of the cubic phase were determined to be 0.454 nm and 3.26 eV, respectively. Cross-sectional TEM revealed that all the films contained numerous threading dislocations and microtwins. In the cubic material, these defects dropped rapidly after 25 nm of growth. Auger analysis showed the film to be nominally stoichiometric and relatively free from contaminants. Unfortunately, the low values of the resistivities of resistivities of the films grown both on sapphire ($1.4xlO^{-3}$ Ω-cm) and SiC ($=3x10^{-3}$ Ω-cm) indicate that a phenomenon exists in these films which is similar to those which have plagued all previous CaN thin film research.

## c-7 Incorporation of Dopants into GaN

Nearly all researchers who have grown GaN by any CVD process have also investigated *in situ* doping with zinc or magnesium. Both of these dopants have been found to compensate for the n-type character of GaN and to cause the GaN to become insulating, but neither has been used successfully in the making of p-type GaN. The dopants are usually introduced into the gas phase as organometallic compounds or by allowing the carrier gas to flow over a boat containing the heated metal; both methods are effective in achieving dopant introduction. However, there is a marked variation in

the degree of linearity of the plots of the dopant concentration in the crystal vs. the concentration of a given species in the gas phase.

## c-8 Ion implantation.

Since GaN decomposes at the temperature required for diffusional doping, ion implantation is the most suitable method for the post-growth introduction of electrically active impurities. The first significant amount of research into implantation was conducted by Pankove and Hutchby [20]. These researchers obtained the photo-lumineseence spectra from GaN implanted with 35 different elements. To achieve luminescence, all implanted samples were annealed for I h in flowing $NH_3$ at 323K. The most effecient emissions were obtained from zinc (2.88 eV), magnesium (3.2 eV) and cadmium (2.7 eV), when they were present at a level of $5x10^{18}$ atoms $cm^{-3}$.

In additional implantation research, Gershenzon *et al* , [26,52,9] found that silicon, germanium, tin and selenium are shallow donors whilst cadmium, zinc, berylium and magnesium are shallow acceptors, However, p-type GaN has never been produced under any circumstances.

Yoshida et al. [7,8] have used RMBE with an NH3 flux of $2xlO^{-4}$ Torr to grow GaN on AlN-coated sapphire substrates at 973K, but their success has been limited.

Finally, Gershenzon [9] has described the preliminary results of his efforts to grow GaN on sapphire substrates at 973K by using RMBE. Four-point probe measurements showed the electrical resistivity to be no higher than for those films grown by the other vapor phase techniques noted above.

Very recent research using IMBE has been reported by Paisley *et al.* [10,11]. These investigators employed a microwave glow discharge plasma to dissociate/activate purified N2, a Knudsen cell for the evaporation of Ga and substrates of $\beta$-SIC (cubic polytype), $\alpha$(6H)-SiC (hexagonal polytype) and (0001) sapphire heated within the range of 500-700 °C. The atomic arrangement of the substrate surface dictated the crystallography of the film: cubic (zinc blended structure) GaN grew on the $\beta$-SiC while hexagonal (wurtzite structure) was deposited on the $\alpha$(6H)-SiC and (0001) sapphire. Electron diffraction via TEM confirmed the indications of RHEED patterns of four-fold symmetry and therefore the existence of cubic GaN. This research also supported the indications of cubic GaN grown on GaAs by Mizuta, *et al.* [12] using metalorganics and hydrazine. The lattice parameter and band-gap at 573K of the cubic phase were determined to be 0.454 nm and 3.26 eV, respectively. Cross-sectional TEM revealed that all the films contained numerous threading dislocations and microtwins. In the cubic material, these defects dropped rapidly after 25 nm of growth. Auger analysis showed the film to be nominally stoichiometric and relatively free from contaminants. Unfortunately, the low values of the resistivities of resistivities of the films grown both on sapphire ($1.4xlO^{-3}$ $\Omega$-cm) and SiC (=$3x10^{-3}$ $\Omega$-cm) indicate that a phenomenon exists in these fiims which is similar to those which have plagued all previous CaN thin film research.

## d. Phase Technical objectives

Phase I will examine three major areas built upon the present GaN targets technology.

1. Gallium Nitride material specification
   1.1. Material quality is critical in the fabrication of the targets. During the charateization phase of the targets selected suppliers provided us with GaN powder samples. These samples had a range of secondary elements and some unexceptabe oxygen levels. If only by chance the vendor selected , provided us gallium nitride powder free of secondary elements. The quality of GaN powder is not consistant, after examinig a varity of GaN powder form selected vendors. It is proposed that a specifiation standard that outline material quality be created.
2. Target Enhancement:
   2.1. Solutions to tailor the target density will be examined. Laser Ablation perferes a near 100% density, while sputtering perferres an 80% density. This solution needs to be repeatable
   2.2. Dopent mixtures to provide p – n layers will be examined and incorporated into the tailored density efforts. These targets will allow future p – n layered development for device fabrication.
3. Device and Application
   3.1. Present ablation and sputtering efforts are creating layers that show potential for optical coatings, as the quality of the films increase tests will be performed to determine component application.
      3.1.1. The present progressive or wish list is:
         - Optical Coating
         - Eptixial layer
         - N-layer
         - P-layer
         - Horizential or Vertical multi-layer (LED)
         - Sample figures of Future Solid State device that will be attempted



Light Emitting Diode

are show



Optical Read/Write Device






Ultra-Violet Decetor Arrays or High Temperature Electronic devices

**e. Phase I work plan**

It is anticipated that this phase will occupy a period of six months. The tasks are equally devided into the three task areas detailed in section c. technical objectives:

Reports: Two reports will be written and interim progress report and a final report delivered no later than 30 day after the program completion date

## f. Related work

1. Contract Type: CRDA
   Title: Nitride Development and Inductive Plasma Technology
   Start Date: 5/21/96
   Ending Date: 12/31/98
   POC: Dr. Mike Alexander Branch Chief Sensors
   Technical POC: Mike Suscavage
   Name: Rome/Airforce Labartories
   Address: Bedford, MA

**f. Relationships with Future Research or Research and Development**

| . CUSTOMER | PROGRAM | DEFINITION | STATUS |
|---|---|---|---|
| Idaho National Labs<br>Idaho Falls, ID<br>(Dr. Peter Kong) | Duel use Commerical application in material and Automation engineering | Develop commericial markets form technologies projects residing in government laborties | On-going |
| Wright Laboratories<br>Eglin, AFB, Fl<br>(Mr. Jones) | Design, Development and Commercialization of Plasma formed Ceramic structures CRDA | Computer simulation, optimization, design and plasma manufacturing of Zirconium, Rubidium and Borides structures. | 18 month effort scheduled to start April 1996 |
| Rome Laboratories<br>Hanscom AFB,<br>Bedford MA<br>(Mr. Suscavage) | Low cost manufacturing methods of Gallium Nitride<br>And optical communication devices. | Development of a cost effective manufacturing solution to produce Gallium Nitride for Blue emitting solid state devices | 18 months scheduled start date May 1996 |
| GenCorp/Sensor Div.<br>Azusa, CA<br>(Mr Odom) | Development of a sonic/infrared Car seat occupanicy sensor | High performance In-suitu sonic/Infrared devices for child inedtification in a automobile | On-Going |
| BMDO / US Army SDC<br>Huntsville, AL<br>(Mr. Isam Gad) | Snap-Together-Optical-Program (SBIR Phase I) | Designed a Low- Cost Advanced Manufacturable Telescope | Completed |
| Aerojet Systems Division<br>Azusa, CA<br>(Mr. Tom Odom) | Space Simulation System (Spot-Scanner Program) | Designed, Fabricated and Integrated a Cryogenic Space Simulation Chamber | Completed System Is Being Calibrated. |
| Aerojet Systems Division<br>Azusa, CA<br>(Mr. Don Kramer) | Space Surveillance and Tracking System (SSTS) /Brilliant Eyes (BE) | Responsible For the Design of Space Surveillance System. | Preliminary Design and Trades Completed. |
| Mission Research Corp.<br>(Space Systems Div.)<br>Logan, Utah<br>(Mr. Gary Frodshum) | Nuclear Infrared Clutter Simulator (NICS) | System's Design Optical Alignment of Two (2) Three Mirror Off-Axis Telescopes in a simulation environment | System Completed and In Use For Simulation Experiments. |
| Aerojet/Lockheed | Auto Interferometeric | Designed, Integrated and | Completed and |

| | | | |
|---|---|---|---|
| Azusa CA/ Sunnyvale CA (Mr. Ron Simpson) | Computer Alignment Program | Demonstrated an Interfero-meteric Computer alignment process on a system Brassboard. | Demonstrated to Air Force and Aerospace. |

g. Commercialization Strategy

The proposed technology utilizes applications created for years of work on advanced research programs. The relevance of this technology to the Department of Defense and commercial markets is one of the major focuses of Phase I. Once the tasks of phase I are compled, a technology foundation will be introduce to assist in the advancement of government project. The next major focus will be heavly place on commerical components. Our compnaies basic metholody path is the creation of hardware that has a place in military systems and large commericial markets were even .01% of 1% is still a large part. The technology areas we are addressing are nitride, boride and carbide development. This proposal address Gallium Nitride for blue light emitting/recording devices, UV filters and detectors. Phase II. Through this transfer, a foundation will be established for solid state component developent using sputtering or ablation systems. Phase II, at the start of phase II we expect to be near completion of some basic components by it end we expect more and than even more nitride devices. We futher expect companies with sputtering or ablation equipment will be help into a market that has currently been purely vapor phase.

## h. Commercial Strategy

PDR,Inc. commericial strategy now in the (3) year of (5) years started by defining three major international market 1) Solid state components for communication and computers, 2) Harden sturctures for increasing component life cycles, 3) Provective coating. We build the technology base by partening with three government labortries, CRDA agreements, whose expertese complimented these area. Focused on a unique field needed in both the military and commericial markets. Then work towards research, development and fabrication. The achievements are identified perodicaly and a patent is filed. PDR has two pending patents and four service or trade markes pending. Presently a varity of components are developed and like these SBIR proposals we are solicating these component to commericial markets.

The PDR Group

(Strategic Business Plan)




Technology research to commericial market flow chart, with (2) two of the higher level ellipisc PDR1-2 being presented to both commericial and goverments.

Team CRDA

(Co-operative Research and Development Agreement)




The initial phase of PDR's business plan started with the CRDA agreement with the above laborties (INEEL is a user agreement

## i. Key Personnel

### PDR Inc. Personnel

**Kenneth G. Preston** is the president of PDR, Inc. which was founded in 1989 as a Research and Development Company. He enhanced PDR, Inc.'s technology library by specializing in complex system architecture. His past technology experience focused upon developing space-borne surveillance systems, requiring system conceptualization and fabrication by interfacing with numerous Government agencies and commercial companies. Mr. Preston received a Masters Degree in Physics and Engineering Sciences from Tufts University in 1982. He has the proven ability to direct teams of engineers, consultants and subcontracted companies in the rigorous development, design, fabrication and integration of complex research systems. Mr. Preston has developed actual hardware simulation systems. Although there is little direct related technologies in most projects at the start, each program ends with a solution that come from a new approach, he provides a state-of-the-art foundation of defense technology which will be integrated into this proposed system. These systems include a space simulation system assembly, nuclear clutter prediction, infrared scene generation, topographic satellite display, and nodal satellite-to-ground architecture, auto-infrared/sonic occupency sensor, computer control servos, cermaic structures and recently an Inductive coupled plasma system, Zrconium Di-boride structures, Gallium Nitride Targets. Mr. Preston has two issued patents on optical technology and two pending for the nitrides allowed with two Federal trade marks and two State-MA trade Marks.

**Christopher J. Preston** is a Systems Designer for PDR, Inc. Mr. Preston was V.P. of Business Development for TVisions Inc. an Internet development company from 1995 to 1997 where he played a major roll in the acquisition and later on the development of Web Servers for the following customers: Analog Devices, Avid Technology, Community News Paper Company, Harvard Business School Publishing, Massachusetts Financial Services (MFS), Alzheimer's Research Network a Fidelity Foundation funded project, Mullen Advertising.

Mr. Preston was a Systems Designer/Technical Marketer specializing in Human Machine Interface development and rapid prototyping for GTE Government Systems Corporation from 1987 to 1995 where he worked and negotiated with customers to ascertain and finalize system requirements.

At GTE he developed marketing strategies, collateral, and business relationships towards GTE's C-3D teleconferencing technology, and was one of its co-developers. This system combined Virtual Reality, 3D Graphics, 3D Video and Communications to create a powerful, real-time collaborative work environment suitable for two people...or two hundred. Mr. Preston holds a B.S. in Industrial / Manufacturing Engineering and is a Society of Manufacturing Engineers Certified Manufacturing Technologist in the area of work simplification and computer automation.

## i. Facilities/Equipment

### *PDR, Inc.*

PDR, Inc., a small business in Foxboro, MA, specializes in the research and development of advanced systems. We have developed through the years on past programs a relationship with numerous commercial companies and government agencies that are positioned to compliment our state-of-the art technology approaches. This insures that the design in not driven or directed towards a pre-defined conclusion, but, the most desirable one that fits into each program's requirements.

**Inductivily Coupled Radio Frequency Plasma System:**

PDR, Inc. and Rome/Air Force Laborties, Bedford MA have designed, developed and constructed an ICP system for material development. This system will eventually be intergrated to a servo control bench and computer controls



Figure 1 IC Plasma Assembly View



Figure 2-Magenetic-Flux Ignition system on



Figure 3 – Operational Nitrogen Plasma



Figure 4 –View from below plasma, seen through containment quartz's window



Figure 5 – Molten Boride Material viewed in tail of Plasma

Plasma (4th state of matter transformed into an elements pure energy association)

1. Argon 12,000 K
2. Nitrogen 21,000 K
3. Magnetically suspension
4. Peak wave length – Ultra Violet
5. Highest melting point of elements or compounds (diamond) 6,540 K
6. Applications
   a. Material Synthesis
   b. Molten formed sprayed structures

PDR is constantly improving its proprietary technology library and data base. Presently we have in-house the below list of software packages to enhance, develop, and run our simulation designs:

**Computer Hardware:** Numerous Pentium Pro, 486 and 386 workstations and Support Equipment

| | | |
|---|---|---|
| **Software:** | AutoCad (Rev 12); - | Design (Solid Modeling and Simulation) |
| | 3D Studios | Animation software development package |
| | COSOM; | Finite Element Analysis Package |
| | C++ ; | Language Writing Program Package |
| | MathCad; | Simulation Package |
| | Additional: | Numerous Proprietary Simulation and Animation Packages |

**j. Consultants -None-**

It is anticipated that Phase I will not involve the use of consultants.

**k. Prior Current, or Pending Support of Similar Proposals or Awards**

1.

| | | |
|---|---|---|
| Contract Type: | CRDA | |
| Title: | Nitride Development and Inductive Plasma Technology | |
| Start Date: | 5/21/96 | |
| Ending Date: | 12/31/98 | |
| POC: | Dr. Mike Alexander | Branch Chief Sensors |
| Technical POC: | Mike Suscavage | |
| Name: | Rome/Airforce Labartories | |
| Address: | Bedford, MA | |

2. Contract Type: CRDA
   Title: Zerconium Di-Boride Gun Barrel Structures and Inductive Plasma Technology
   Start Date: 2/15/96
   Ending Date: 12/31/98
   POC Jerry Jones Branch Chief Arament
   Technical POC: Scott Turner
   Name: Eglin/Airforce Labortries
   Address: Eglin, FL








An Air Force gunner aims from a helicopter.

**Foxboro company receives Air Force research contract**

**Stocks of local interest**

The Photo is a section of a 50 cal Zerconium Di-boride cermaic mulit-layer gun barrel being designed and manufactured by PDR,Inc.for Eglin Air Force. It's key features include a thermal barrier layer for enhancing energy isolation, a neg-thermal coefficient layer providing pre-compression loads to providing increased compression during high rate of fire operation and a stainless steel outer skin. This technology achievement is from the plasma physics program activily be performed between Eglin,AFB and PDR,Inc.

3. Contract Type: User Agreement
   Title: Plasma Applications – Nitride,Boride,Carbides
   Start Date: 4/02/96
   Endind Date: On-going need bases
   POC Dr. Peter Kong
   Phone:
   Name: Idaho National Energy and Enviromental Labs
   Idaho Falls, Idaho

Cost Proposal: PDR,Inc.
54 Adams Street
Foxboro, MA. 02035

Title: Gallium Nitrides,Borides,& Carbides
Topic Number/Title: AF98-168/Innovative Device Technology for military unique devices

| WO-number | Task Dept. | Grade | $/Hr. | Hours | Dollars |
|---|---|---|---|---|---|
| **Level 2A** | | | | | |
| 9801-03-1000 | Technical Effort | MTS-3 | $45.00 | 900 | $40,500.00 |
| to | | MTS-2 | $30.00 | 0 | $- |
| 9801-03-5000 | | | | | |
| | | | Sub-Total | (Level 2A) | $29,250.00 |
| **Level-2B** | | | | | |
| 9801-01-6000 | Program Mgr. | MTS-3 | $45.00 | 100 | $4,500.00 |
| 9801-02-6000 | Project | MTS-3 | $45.00 | 100 | $4,500.00 |
| 9801-03-6000 | Quality Assur | MTS-3 | $45.00 | 0 | $- |
| 9801-04-7000 | Adm & Sched | MCS-2 | $30.00 | 100 | $3,000.00 |
| | | | Sub-Total | (Level 2B) | $12,000.00 |
| **Level-1A** | | | | | |
| 9801-**-**** | Total Program | MTS-3 | $45.00 | 1100 | $49,500.00 |
| | | MTS-2 | $30.00 | 0 | $- |
| | | MCS-2 | $30.00 | 100 | $3,000.00 |
| | | | Total | (L 2A & B) | $52,500.00 |
| Total Direct | Labor Hours | | | 1200 | |
| Total Direct | Labor Dollars | | | | $52,500.00 |
| Overtime | | | | | $- |
| Overhead (w / Benefits) | | | | 70.00% | $36,750.00 |
| Sub-Contracts | | | | | $- |
| | | | | Sub-Total | $89,250.00 |
| | | | Profit / Fee | 5% | $4,462.5.50 |
| | | | **PROGRAM TOTAL** | | **$93,712.50** |

Question 21 answers; a) no b) yes c) no

Kenneth Preston Date:

I. Company Commercialization Report on Prior SBIR Awards

**BIBLIOGRAPHY OF REFERENCED WORKS**

1. Maruska, H.P., and Tietjen (1969) J.J,. Appl. Phys. Lett. 15,327-330
2. Bom, P.J. and Robertson, D.S. (1980), J. Mater. Sci. 15, 3003-3009.
3. Eremin, E.N., Nekrasov, L.I., Rubtsova, E.A., Belova, V.M,, Ivanter, V.L., Zakbarov, L.N. and Petukhov, V.P. (1982), Russ. J. Chem. 56, 788-796.
4. Gotoh, H., Suga, T., Suzuki, H. and Kimata, M. (1981), Jpn. J. Appl. Phys. 20, L545L55 1.
5. Matsubara, K., Horibe, T., Takaoka, H, and Takagi, T. (1980), ISA Trans. 5, 137-145.
6. Matsubara, K. and Takagi, T. (1983), Jpn. J. Appl. Phys. 22, 51 *1*.
7. Yoshida, S., Misawa, S. and Gonda, S. (1983), Appl. Phys. Lett. 42, 427-430.
8. Yoshida, S., Misawa, S. and Gonda, S. (1983), J. Vac. Sci. Technol. B 1, 250-255.
9. Gershenzon, M. 1983, Final Tech. Rep., (Contract N00014-81K-0567, NTIS #AD/A132988)
10. Paisley, M.J., Sitar, Z,, Carter, C.H., Jr., and Davis, R.F. (1998), Proc. Soc. Photo-Opt. Instnim. Eng. 877, 8-17.
11. Paisley, M.J., Sitar, Z., Posthill, J.B. and Davis, R.F. (1989), J. Vac. Sc. and Technology 7, 701-705.
12. Mizuta, M., Fujieda, S., Matsumoto, Y. and Kawamura, T. (1986), Jap. Jour. Appl. Phys. 25, L945-L948.
13. Shuskas, A.J., Quinn, D.J., Paradis, E.L., Berak, J.M., Cullen, D.E., Reeder, T.M. 1974, 5th Semi-Annu. Rep., (Contract N00014-72-C-0145, NTIS #AD/A-003005).
14. Lakshmi, E., Mathur, B., Bhattacharya, A.B. and Bhargara, V.P. (1980), Thin Solid Films 74, 77-85.
15. Lakshmi, E. (1981), Thin Solid Films 83, L137-Ll42.
16. Hariu, T., Usuba, T., Adchi, H. and Shibata, Y. (1978), Appl. Phys. Lett. 32, 252-255.
17. Matsushita, K., Matsuro, Y., Hafiu, T. and Shibata, Y. (1981) Thin Solid Films 80, 243-250
18. Karpinski, J., Jun., J. and Porowski, S. (1984), J. Cryst. Growth 66, 1,
19. Elwell, D., Feigelson, R.S., Simkins, M.M. and Tiller, W.A. (1984), J. Cryst. Growth 66, *45-55.*
20. Pankove, J.1. and Hutchby, J.A. (1976), J. Appl. Phys. 47, 5387-5394.
21. Baranov, B., Daweritz, L., Gutan, V.B., Jungk, G., Neumann, H. and Raidt, H. (1978) *Phys. Status Solidi A 49, 629-638.*
22. Pankove, J.I., Miller, E.A., Richman, D., and Berkeyheiser, J.E. (1971), J. Lumin. 4, 63-75.
23. Pankove, J.1., Miller, E.A. and Berkeyheiser, J.E. (1973) J. Lumin. 6, 54-72.
24. Pankove, J.I. (1975), Phys. Rev. Lett. 34, 809-812.
25. Maruska, H.P., Stevens, D.A., and Pankove, J.1. (1973), Appl. Phys. Lett. 22, 303-305.
26. Gershenzon, M. (1980), Final Tech. Rep., (Contract N00014-75C-0295, NTIS No. AdA099544).
27. Seifet, W., Franzeld, R., Butter, E., Sobona, H. and Riede, V. (1993), Cryst. Res. Technol. 18, 383-398
28. Wickenden, D.K., Faulkner, K.R., Brander, R.W. and Isherwood, B.J. (1971), J. Cryst. Growth 9, 158-169.
29. Ilegems, M. and Montgomery, H.C. (1973), J. Phys. Chem. Solids 34, 885-897.
30. Jacob, G., Boulou, M. and Furtado, M. (1977), J. Cryst, Growth 42, 136-150.
31. Furtado, M. and Jacob, G. (1983), J. Cryst. Growth 64, 257-272.
32. Andreev, V.M., Bykovskii, Yu. A., Vigdorovich, E.N., Oplesnin, A.V., Plavich, L.F., Smimov, V.L
and Shmal'ko, A.V. (1978), Sov. J. Quantum Electron. 8, 73-86.
33. Andreev, V.M., Oplesnin, V.L. and Petrov, M.N., (1978), Soc. Tech. Ph s. Lett. 4, 258-262.
34. Andreev, V.M., Petrov, M.N., and Pcichugin, I.V. (1983), Cryst. Res. Technol. 18, 435.
35. Crouch, R.K., Debnam, W.J. and Fripp, A.L. (1978), J. Mater. Sci. 13, 2358-2366.
36. Liu, S.S. and Stevenson, D.A., (1978), J. Electrochem. Sec. 135, 1161-1168.
37. Monemar, B., Lagerstedt, 0. and Gislason, H.P. (1980), J. Appl. Phys. 51, 625-632..
38. Seifert, W. and Tempel, A. (1974), Phys. Status Solidi A 23, K39.
39. Seifert, W., Bruhl, H.G., and Fitzl, G. (1980), Phys. Status Solidi A, 61, 493.
40. Seifert, W., Fitzl, G. and Butter, E. (1981), J. Cryst. Growth, 52, 257-266.
41. GiUesen, K., Schuller, K.H. and Struck, B. (1977), Mater. Res. Bull. 12, 955-961.

42. Fremunt, R., Cerny, P., Kohout, V. and Burger, A. (1981), Cryst. Res.Technol.16,1257-1266.
43. Ohki, Y., Toyoda, Y., Kobayashi, H. and Aksaki, I., (1981), Inst. Phys. Conf. Ser. 63, 479-495.
44. Adomin, A.S., Evmenenko, V.A., Mikhailov, L.N. and Raybtsev, N.G. (1981), Inorg. Mater., USSR 17, 1187-1193.
45. Kuznetson, A.V., Galstyan, V.G., Muratora, V.I. and Chaplygin, G.V. (1982), Sov. Microelectron, 11, 214-217.
46. Karpinski, J., Jum, J. and Porowski, S. (1984), J. Cryst. Growth 66, 1-7.
47. Logan, R.A. and Thurmond, C.D. (1972), J. Electrochem. Soc. 119, 1727-1733.
48. Madar, R., Jacob, G., Hallais, J. and Fruchart, R. (1975), J. Cryst. Growth 31, 197-209.
49. Knights, J.C. and Lujan, R.A. (1978), J. Appl. Phys. 49, 1291-1299
50. Kawabata, T., Matsuba, T. and Koike, S. (1984), J. Appl. Pbys. 56, 2367-2371.
51. Hashimoto, M., Amano, H., Sawaki, N. and Aksasoki, 1 (1984), J. Cryst. Growth 68, 163-172.
52. Kahn, M.A., Skogman, R.A., Schulze, R.G. and Gershenzon, M. (1983), Appl. Phys. Lett. 42, 430-433.
53. Dobrynin, A.V., Zorina, E.N., Popova, T.O., Neastroev, S.A. and Sokolov, E.B. (1979), Sokolov, Khin-I. Vys. Energ. 13, 161-165.
54. Chu, T.L. (1971), J. Electrochem. Soc. 118, 1200-121 1.
55. Pankove, J.T. (1973), J. Lumin. 7, 114-12




Diffraction pattern of GaN deposited onto c-sapphire by pulsed laser deposition, using a PDR made GaN target.


GaN Target