> -----Original Message-----
> From: Wood, Colin
> Sent: Tuesday, March 10, 1998 10:47 AM
> To: Alma Wickenden; Art Ruoff; Bob Davis; Capt Mike Estes 5-2224;
> Gernot pomrenke; Heikki Helava; Jan Schetzina; Jim Edgar; Jim Harris;
> John C. Angus; John Zavada; Kurt Gaskill; Leo Schowalter; Marek
> Skowronski; Michael Alexander; Mike Spencer; Tom Kuech; Zlatko Sitar
> Subject:
>
> **If any one has an interest in high density pelleted GaN and or AlN as**
> **source materials for bulk. or epitaxial nitrides, please contact Ken**
> **Preston (508)543 4052.**
> **We would consider him an STTR candidate if there are any**
**Universities,**
> **and or other small businesses that want to collaborate.**
> **He has GaN pucks right now.**
> **Please keep me in the loop.**
> **Colin**
>
> Colin E.C. Wood
> ONR Code 312
> 800 N. Quincy St
> Arlington, VA 22217
> Phone 703-696-4218
> Fax 703 696 2611
> email woodc@onr.navy.mil
> map to our location: http://maps.yahoo.com/yahoo
>

^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^

Dr. Michael N. Alexander — Chief, EM Materials Branch
AF Research Laboratory/SNHX — Electromagnetics Division
80 Scott Drive, Bldg. 1128 — Sensors Directorate
Hanscom AFB, MA 01731-2909 — Air Force Research Laboratory
Phone 781-377-4034
DSN 478-4034
Fax 781-377-6948
alexande@maxwell.rl.plh.af.mil

^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^

Received: from zircon.plh.af.mil - 146.153.100.9 by email.msn.com with
Microsoft SMTPSVC; Thu, 12 Mar 1998 11:01:29 -0800
Received: from amber.plh.af.mil by plh.af.mil (PMDF V5.0-8 #15540)
id <01IUKXWDQRJ494SPBK@plh.af.mil>; Thu, 12 Mar 1998 14:00:39 -0400
(EDT) Received: from maxwell.rl.plh.af.mil by amber.plh.af.mil
(5.65v4.0/1.1.8.2/01Jul97-0233PM) id AA12170; Thu, 12 Mar 1998
14:00:56 -0500
Received: from erxch.rl.plh.af.mil by maxwell.era.rl (SMI-8.6/SMI-SVR4)
id OAA25743; Thu, 12 Mar 1998 14:00:35 -0500
Date: Thu, 12 Mar 1998 14:01:00 -0500
From: Michael Alexander <alexande@maxwell.rl.plh.af.mil>
Subject: Re: your mail
In-reply-to:
<CDB9BFA6B936D111986500805FBB402290D888@EXCHANGE6.onr.navy.mil>
To: WOODC@ONR.NAVY.MIL
Cc: Ken Preston <foxboro@email.msn.com>, schott@maxwell.rl.plh.af.mil,
drehman@maxwell.rl.plh.af.mil, suscm@erxsg.rl.plh.af.mil,
payne@maxwell.rl.plh.af.mil, wittmann@maxwell.rl.plh.af.mil

Message-id: <Pine.WNT.3.95.980312120737.-91497B-100000@erxch.rl.plh.af.mil>
MIME-version: 1.0
Content-type: TEXT/PLAIN; charset=US-ASCII
Content-transfer-encoding: 7BIT
X-X-Sender: alexande@maxwell.rl.plh.af.mil
Return-Path: alexande@maxwell.rl.plh.af.mil

Colin,

There seems to be some confusion, here. Ken Preston and I talked yesterday; to the best of my knowledge, he has made only two GaN pucks to date. Both of them are in our lab (AFRL/SNHX). One is being tried out for PLD, and the other for sputtering. I believe Ken has been reluctant to spend more money on fabricating additional GaN pucks until he gets constructive feedback on how they perform in thin film deposition (were I in his position, I certainly would want feedback before plowing in additional funds of my own).

We already have a CRADA with Ken's company, aimed at developing GaN targets for PLD and sputtering; although the CRADA will be amended to update its scope (discussions have been under way for a while, limited only by the time participants have had available), the basic objective will not change.

I believe it is dangerous to broadcast a notice that people should come in and try this or that new item. In the superheated environment of nitride R&D, people are prone to publish and propagate summary judgments about technologies based only on quick-and-dirty experiments (e.g., papers about nitride epi on ZnO substrates that ignore surface preparation and possible subsurface damage). If early results turn out to be disappointing, many people tend to criticize the product for being "no good" (ZnO or lithium gallate, for example), possibly choking off possibilities that the product can be improved so it meets high standards. It's important to guard against such an outcome.

Our CRADA work with Ken Preston's company is designed to determine how useful his GaN pucks are for PLD and sputtering and -- equally important To provide an environment in which, without damaging the reputation of his product, he has opportunities to correct any shortcomings we may discover.

Mike

Received: from maxwell.rl.plh.af.mil - 146.153.126.62 by email.msn.com with Microsoft SMTPSVC;
Tue, 24 Mar 1998 15:54:04 -0800
□
Received: from erxch.rl.plh.af.mil by maxwell.rl.plh.af.mil (SMI-8.6/SMI-SVR4)
Id SAA26380; Tue, 24 Mar 1998 18:53:32 -0500
Date: Tue, 24 Mar 1998 18:53:49 -0500 ()
From: Michael Alexander <alexande@maxwell.rl.plh.af.mil>
To: Kenneth Preston <foxboro@email.msn.com>
Subject: Re: CRDA review
In-Reply-To: <000301bd5692$a5b10e20$9a502399@kgp>

Received: from zircon.plh.af.mil - 146.153.100.9 by email.msn.com with Microsoft SMTPSVC;
Thu, 12 Mar 1998 15:51:19 -0800
Received: from amber.plh.af.mil by plh.af.mil (PMDF V5.0-8 #15540)
id <01IUL81PROVK94SM8U@plh.af.mil> for foxboro@email.msn.com; Thu, 12 Mar 1998 18:50:30 -0400 (EDT)
Received: from maxwell.rl.plh.af.mil by amber.plh.af.mil (5.65v4.0/1.1.8.2/01Jul97-0233PM) id AA15200; Thu, 12 Mar 1998 18:50:59 -0500
Received: from erxch.rl.plh.af.mil by maxwell.era.rl (SMI-8.6/SMI-SVR4) id SAA28720; Thu, 12 Mar 1998 18:50:39 -0500
Date: Thu, 12 Mar 1998 18:51:04 -0500
From: Michael Alexander <alexande@maxwell.rl.plh.af.mil>
Subject: Re: email response
In-reply-to: <000501bd4e05$8d6a5140$9c482399@kgp>
To: Kenneth Preston <foxboro@email.msn.com>
Cc: drehman@maxwell.rl.plh.af.mil, suscm@erxsg.rl.plh.af.mil, schott@maxwell.rl.plh.af.mil
Message-id: <Pine.WNT.3.95.980312182225.-91497G-100000@erxch.rl.plh.af.mil>
MIME-version: 1.0
Content-type: TEXT/PLAIN; charset=US-ASCII
Content-transfer-encoding: 7BIT
X-X-Sender: alexande@maxwell.rl.plh.af.mil
Return-Path: alexande@maxwell.rl.plh.af.mil

Ken,

Frankly, I was surprised by Colin's e-mail and don't know what to make of it, even though Colin did respond that he hadn't known about our CRDA. I, also, am somewhat confused.

Obviously, we would like the first opportunity to work with your targets, be the first people to publish reports of high quality GaN deposited by sputter and PLD techniques, and get legitimate credit for helping bring GaN target technology to fruition. However, the targets are yours, not ours. Although we've shared our thoughts about using the CRDA and our lab as a test bed for your target, prior to widespread distribution, you ultimately are the only person who can make business decisions in what you consider to be the best interests of your company.

Mike

P.S. Received your voice mail message of this afternoon. Talked to Jesse Erlich this morning and got an additional message from him this afternoon, also about revisions to the CRDA. John Schott and I had tentatively marked up the draft amendment.. Quite a few changes. John reviewed everything this afternoon and convinced me that we have to sit down with you and Jesse to discuss the draft CRDA amendment. We need, especially, to discuss rules for defining what is proprietary and what can be disclosed publicly. In practice, you have been considerably more flexible than the written text, so I'm confident that we will

**hammer out satisfactory wording. Because most of this Branch will be at Wright-Patterson next week, in an important "team-building" exercise related to the AF Lab reorganization, the week of 23 March is the earliest possible time for such a meeting. We're bending every effort to get ready for that trip to Wright-Patterson. I'm going home for dinner in a couple of minutes and will come back here afterward to work on one of our Branch's presentations at Wright-Patt (possibly a long night). We just can't work on the CRDA until we return from Wright-Patt.**

On Thu, 12 Mar 1998, Kenneth Preston wrote:

**> Mike,**
**>**
**> I to am a little confused. The respond seems to indicate a power struggle or something else between you and Collin. If so let me know how to respond, I have already received a number of phone calls related to Collins email. My hope is to solicit for funds to benefit the technology and CRDA. Presently my efforts are still unfunded**
**>**
**> Ken Preston**
\>

^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^
Dr. Michael N. Alexander — Chief, EM Materials Branch
AF Research Laboratory/SNHX — Electromagnetics Division
80 Scott Drive, Bldg. 1128 — Sensors Directorate
Hanscom AFB, MA 01731-2909 — Air Force Research Laboratory
Phone 781-377-4034
DSN 478-4034
Fax 781-377-6948
alexande@maxwell.rl.plh.af.mil
^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^ ^

From: "Kenneth Preston" <foxboro@email.msn.com>
□
To: "Michael Alexander" <alexande@maxwell.rl.plh.af.mil>
□
Subject: Another reply
Date: Thu, 12 Mar 1998 21:02:00 -0500
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 4.72.2106.4
X-MimeOLE: Produced By Microsoft MimeOLE V4.72.2106.4

**Mike,**

**You are under the guns to get your presentation for Wright labs completed as I am also trying to find funds. I feel just you and I should talk after your return from Wright Labs. It appears were working against not for each other and that is not my intent.**

**Good luck next week I hope it goes well. We'll get together once you get back. I'm also asking Jessie to stop his efforts until you and I decide whets to do next.**