August 22, 1998

Kenneth Preston
PDR,Inc.
54 Adams Street
Foxboro, MA 02035

(Ph) 508-543-4052
(Fx) 508-543-3118

Major General Richard Paul
Commander, AF Research Lab/CC
4375 Chidlaw Road, Suite 6
Wright-Patterson AFB, OH 45433-5006

(Ph):937-257-6977

Subject: CRADA No. 96-RL-07 Admen. 1

Major General Paul,

PDR, Inc., is a small company located in Foxboro, MA, and I am the president making a plea for your assistance and to assign someone of authority to review one of two CRADAs' we have been working on for almost three years. We have been notified by AFRL-SNL-Hanscom that they consider a unique set of GaN targets, owned by PDR,Inc., to be gifts and not under the CRADA (96-RL-07 Adm.1). They further informed us that information related to AFRLs use of the targets is outside our control and can be used at AFRLs discretion and publicly released. I no longer have the resources to prevent this from happening, and following AFRLs' reorganization in 97, they cannot identify or tell us who is the CRADAs' reviewing official.

**Background:**

Last year we presented AFRL-SNL-Hanscom, MA. , two unique gallium nitride targets, which cost us $15,000.00 in material, tooling and subcontracted charges. This cost does not include our other expenses in the over all CRADA efforts. It was our impression that they fell under the CRADA. Nothing was said otherwise, and no other mechanism was or is in place for AFRL to have accepted these targets. It was our hope to jointly use these targets and to solicit for funds based on commercialization efforts under the CRADA efforts, which included A) a jointly developed plasma system, residing in AFRL-SNL laboratory, B) support on a second CRADA with AFRL-Eglin Florida, where we are attempting to develop ceramic gun barrels.

Subject: CRADA No. 96-RL-07 Admen. 1

To date, all PDRs' efforts have been performed using our own internal funds, which are considerable. We constantly used and referred to this CRADA agreement with AFRL-SNL Hanscom as our guide. In June 1998, Mr. Collier of the legal (ESC/JAZ) office of this laboratory notified us, that none of the ten months of target work falls under the CRADA. In fact, they consided the targets as gifts. I cannot even begin to describe the effect this is having upon us.

The entire three years' technology effort is threatened, since our resources are depleted. We have made a significant investment in this project, created teams of subcontractors, each under a non-disclosure agreement to protect the technology. One subcontractor is a third government DOE laboratory,. Its' unclear how we can benefit from any of this work, since we now cannot correspond with AFRL-SNL on the target efforts. Clearly, something needs to be resolved. Since AFRL-SNL accepted the first target, requested the second, we kept results confidential unless approved, AFRL-SNL presented portions of the technology at Wright Laboratories, corresponded and agreed with the branch chief to keep the technology in their lab, then we must be under some agreement. **The CRADA is the only mechanism in place.**

I am living in a nightmare, where we are now debating over our unfunded research efforts as being under a co-operate agreement or gifts. Since the targets' data, publicly presented in December, 97 by AFRL-SNL (with my consent) at an International Material Convention conflicts with the data we now have, we cannot even proceed independently with the technology. The jointly developed plasma system under the CRADA now residing in their laboratory is not being utilized. This issue will need to soon be resolved, since Eglin AFB also has an interest in the plasma system. It appears that the issues will drag on, the CRADA will simply expire in November 98, and the work will be absorbed into other technology efforts. It seems in this light, we have nothing and AFRL-SNL has all the benefits, including the use of our targets. **Is this fair?** See enclosed article by Dr. Lance Davis, Military labs open doors to industrial partners

Below I have copied section 4.2.1 from the original CRADA signed in May of 96, which I consider the *Spirit of the CRDA agreement.* followed by a section from the last correspondences from which Mr. Collier Esq. AFRL-ESC/JAZ sent us, next as an attachment to my final response dated July 29,1998 from Jacob E Erlich Esq. presenting my position to ESC/JAZ. Mr. Erlick no longer represents me before the Air Force in this matter. One point of considerable interest is when Mr. Collier Esq., who quickly established an offensive position, referenced sections from the CRADA as unrelated and as to what the issues were. We needed to inform him he was not using our CRADA, since Stan ESC/JAZ could not find a copy, a correct copy was faxed over. Nothing changed and conflicting issues continued.

Subject: CRADA No. 96-RL-07 Admen. 1

**Section from Initial CRADA -- May 1996**

**4.2.1 Benefits to PDR Inc.**

Presently, the nature of business in the commercial and government world require that demonstrations be conducted before concept designs are considered for broad development. PDR Inc. is linking up with AFRL through this CRDA to advance ideas from concept to a group of commercial products. PDR, Inc. does not have the resources to characterize the targets, perform enhancements, or develop application. The collaboration with AFRL will provide this ability. In addition, it is also necessary to conduct tests on films of GaN and to characterize the optical and electronic properties of these films. PDR Inc. does not have thin film deposition equipment, but the collaboration with AFRL provides a means to accomplish this task, especially since AFRL has an interest in wide bandgap semiconductors that includes nitrides. Linking up with AFRL also provides protection of ideas that may not be possible when dealing with competitors. The CRDA is a vehicle that allows PDR Inc., with limited resources, to conduct research and development while providing technology protection until a viable 1evel is reached where it can be introduced into a commercial market.

**Section of response from: STAN E. COLLIER, Deputy Chief, Intellectual Property Division, Office of the Staff Judge Advocate - Received 6/25/98**

*Heads up on major issue: The people at the lab believe that the targets provided* by Mr. Preston were not made UNDER the AGREEMENT and were only provided gratuitously without any non-disclosure agreement between the parties. In the original CRADA and not amended thereafter, it notes at para. 2.0, "To complete this work, PDR, Inc and RL will work together to fabricate, such targets to deposit thin firms of GaN." The CRADA calls for the targets to be made by a plasma spray process. See Title of Work Plan, it appears that Mr. Preston's targets were made by a hot pressing technique, not plasma spraying, and further Mr. Preston submitted a patent application as sole inventor concerning the process to make his targets. This information has been considered proprietary by Mr. Preston. It further appears that Mr. Preston gave permission to Mr. Suscavage to use the testing information in his thesis in order to induce testing of the non-CRADA targets by the lab thus negating any claim of proprietary information. Further, no information was identified as proprietary Except for the process claimed by Mr. Preston. If any of these statements are incorrect, please provide information otherwise.

Subject: CRADA No. 96-RL-07 Admen. 1

From the inconsistencies, it would appear odd to learn we have subsidized or sponsored something not jointly beneficial to PDR,Inc. and AFRL. I have attached our response to the above correspondence. Since AFRL-SNL is no longer part of the group identified in the CRADA, no one knows who oversees this agreement. I have copied these names on the letter, since their names are on the CRADA. Mr. Collier has informed us that they are no longer responsible, since after the reorganization of AFRL in 1997. I have also copied the Eglin group, since these issues are affecting their CRADA 98-299-WL-01 as well.

A request for help,

Kenneth Preston

Kenneth Preston
PDR,Inc.

Enclosed:

1. Final response to AFRL-Hanscom addressing gifts with summary case outline.
2. Article on Partnering with Government laboratories.

CC:

Rome Laboratory CRDA-96-RL-07 Amd-1 *
Ted F. Bowlds, Col. USAF, Commander Rome Laboratories
Dr. Horst R. Wittmann, Director, RL/ER
Dr. William J. Keveney, Technology Transfer Office

Wright Laboratory –Hanscom AFB MA Chief legal council AF
Julian Siegel, Esq. ESC/JAZ Chief, Hanscom, AFB, MA

Eglin AFB 2nd CRADA 98-299-WL-01 **
Robert J. Wood, Col., USAF, Dir. Munitions Directorate
Richard Jones, Technology Transfer Directorate

* CRADA-96-RL-07 prior reviewing official identified in agreement
** 2nd Active CRADA officials who efforts will be impacted by these issues.

Subject: CRADA No. 98-RL-07 Admen. 1

Mail List:

Major General Richard Paul
Commander, AF Research Lab/CC
4375 Chidlaw Road, Suite 6
Wright-Patterson AFB, OH 45433-5006
TELE:937/257-6977

Col. Ted F. Bowlds
Commander, AF Research Lab/CC
Rome, NY 13441
TELE 315/330-7701

Dr. Horst Wittmann,
Director, AF Research Lab/ER
Hanscom AFB, MA 01731
TELE: 781/377-3700

Dr. William J. Kaveney
Technology Transfer Office
AF Research Lab/XP(TTO)
Rome, NY 13441
TELE: 315/330-1905

Julian Siegel
Electronic Systems Center/JAZ
40 Wright Street, Bldg. 1120
Hanscom AFB, MA 01731
TELE: 781/377-4072

Col. Robert J. Wood
Director, Munitions Directorate/MN
AF Research Lab
101 West Eglin Blvd.
Eglin AFB, FL 32542-6810
(NO PHONE NUMBER)

7. "Richard Jones" Note to Ken, leave his name off as we believe he's moved on to better things. Use the following for Tech Transfer Office:

AF Research Lab
Technology Transfer Office/XPTT
2130 Eighth Street
Wright-Patterson AFB, OH 45433-7542
(NO PHONE NUMBER FOUND)