DEPARTMENT OF THE AIR FORCE
AIR FORCE RESEARCH LABORATORY
WRIGHT-PATTERSON AIR FORCE BASE OHIO 45433

Office of the Commander

20 OCT 1998

Mr. Kenneth Preston
PDR, Inc.
54 Adams Street
Foxboro MA 02035

Dear Mr. Preston

I am in receipt of your 2 October 1998 letter and have asked my staff to provide me with a quick look and status of your situation.

I understand they are analyzing the Cooperative Research and Development Agreement (CRADA) between you and the Air Force Research Laboratory's Electromagnetics Materials Branch (AFRL/SNHX), Sensors Directorate, to determine what actions to take. I am confident they will make a good faith effort to mutually resolve the issues presented in your letter. You should be hearing from them by the end of the month outlining our position. Please continue to work with AFRL/SNHX and ESC/JAZ to resolve any disagreements you may have over the CRADA.

I can understand your frustration in identifying the "right button to push," given the recent reorganization of the Air Force laboratories into the single Air Force Research Laboratory. The reviewing official for your CRADA is Mr. Lester McFawn, AFRL/SN, 2241 Avionics Circle, Wright-Patterson AFB OH 45433-7320, (937) 255-2620. Please contact Mr. McFawn if you feel you have exhausted your attempts to settle your disagreements with AFRL/SNHX and ESC/JAZ.

I hope this provides you with some answers to your concerns, and assists you in resolving the issues you may have with my organization.

Sincerely

Dick Paul

RICHARD R. PAUL
Major General, USAF
Commander