IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge Robert H. Hodges, Jr.) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of JOHN H. WILLIAMSON as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

/s John H. Williamson
JOHN H. WILLIAMSON
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0277
Fax: (202) 307-0972
Email:john.williamson@usdoj.gov

October 23, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 23rd day of October, 2003, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson