IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., | |
| Plaintiff, | No. 03-2047C |
| v. | (Judge Robert H. Hodges, Jr.) |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 45 days, to and including December 19, 2003, within which to file its response to plaintiff's complaint. Defendant's response is currently due on November 4, 2003. This is defendant's first request for an enlargement of time. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary because defendant's counsel requires additional time to obtain a litigation report from the agency involved, the Department of the Air Force. The complaint contains 80 paragraphs, and asserts allegations that span a number of years beginning with a Cooperative Research and Development Agreement that plaintiff and the Air Force signed in 1996. Thus, the Government requires additional time for the Air Force to investigate plaintiff's allegations, and for the undersigned trial attorney to obtain appropriate input from agency counsel and supervisory lawyers in preparing defendant's response to the complaint.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 45 days, to and including December 19, 2003, to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

October 29, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 29th day of October, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson