* * * * * * *

PDR, INC., *

Plaintiff, * No. 03-2047C

v. * Filed: October 31, 2003

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant seeks an extension of time to file its response to plaintiff's complaint. Plaintiff does not object. Therefore, defendant's Motion for Enlargement of Time is GRANTED. The Answer will be filed no later than December 19.

Robert H. Hodges, Jr.
Judge