IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2047C (Judge Hodges) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 32 days, to and including January 20, 2004, within which to file its response to plaintiff's complaint. Defendant's response is currently due on December 19, 2003. This is defendant's second request for an enlargement of time. Defendant has previously requested an enlargement of 45 days. Plaintiff's counsel has stated that plaintiff does not oppose the current request.

The requested enlargement is necessary because defendant's counsel has not yet received a litigation report from the agency involved, the Department of the Air Force. The complaint contains 80 paragraphs, and asserts allegations that span a number of years beginning with a Cooperative Research and Development Agreement that plaintiff and the Air Force signed in 1996. Thus, the Government requires additional time for the Air Force to investigate plaintiff's allegations, and for the undersigned trial attorney to obtain appropriate input from agency counsel and supervisory lawyers in preparing defendant's response to the complaint.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 32 days, to and including January 20 , 2004, to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen by Jeanne E. Davidson

DAVID M. COHEN
Director

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

December 17, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 17th day of December, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson