# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| PDR, INC., | * | |
| Plaintiff, | * | No. 03-2047C |
| v. | * | Filed: December 19, 2003 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant seeks a second extension of time to file its response to plaintiff's complaint. Plaintiff does not object. Therefore, defendant's Motion for Enlargement of Time is GRANTED. The Answer will be filed no later than January 20, 2004.

s/ Judge Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge