# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| PDR, INC., | * | |
| Plaintiff, | * | No. 03-2047C |
| v. | * | Filed: December 22, 2003 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | | |

**ORDER**

This case was designated an electronic case in the court's CM/ECF system on September 5. See General Order No. 42. Plaintiff's counsel must immediately obtain a CM/ECF account to receive electronically filed documents. The Rules provide that the Clerk may effect service of electronically filed documents in paper form for only thirty days after the case is opened. All orders and documents served electronically thereafter will be the responsibility of counsel to obtain through the use of a PACER account. The Clerk may serve this order on plaintiff's attorney by mail. Plaintiff will comply with the Notice of Designation of Electronic Case according to the Rules of this court.

s/ Judge Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge