IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 03-2047C (Judge Hodges) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 7 days, to and including January 27, 2004, within which to file its response to plaintiff's complaint. Defendant's response is currently due on January 20, 2004. This is defendant's third request for an enlargement of time. Defendant has previously requested enlargements of 45 and 32 days. Plaintiff's counsel has stated that plaintiff does not oppose the current request.

The requested enlargement is necessary because defendant's counsel has only recently received a litigation report from the agency involved, the Department of the Air Force. The undersigned trial attorney requires the additional time to complete consultations with agency counsel and supervisory lawyers at the Department of Justice that are necessary to finalize defendant's response to the complaint.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of time of 7 days, to and including January 27, 2004, to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen

DAVID M. COHEN
Director

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

January 15, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 15th day of January, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson