# In the United States Court of Federal Claims

* * * * * * *

PDR, INC., *

Plaintiff, * No. 03-2047C

v. * Filed: January 16, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time to January 27 is GRANTED.

s/ Judge Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge