# In the United States Court of Federal Claims

* * * * * * *

PDR, INC., *

Plaintiff, * No. 03-2047C

v. * Filed: January 21, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

This case is transferred to Judge George Miller pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims. Judge Miller consents to this transfer.

s/ Judge Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge