IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2047C (Judge George W. Miller) |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to section III of Appendix A, Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully report as follows:

**a. Jurisdiction**

Plaintiff PDR, Inc. asserts jurisdiction pursuant to the Tucker Act, 28 U.S.C. § 1491. At this time, the United States is unaware of any reason to question the Court's jurisdiction.

**b. Consolidation**

The parties are unaware of any other case currently pending with which this case should be consolidated.

**c. Bifurcation**

The parties are not aware of any reason why trial of liability and damages should be bifurcated.

d. **Deferral**

The parties do not believe that further proceedings in this action should be delayed pending consideration of another case before this Court.

e. **Remand/Suspension**

The parties do not intend to request remand or suspension.

f. **Joinder of Additional Parties**

At this time, neither party intends to join additional parties.

g. **Motions Pursuant to RCFC 12(b), 12(c) or 56**

After the conclusion of fact discovery, defendant intends to file a motion for summary judgment pursuant to RCFC 56.

h. **Relevant Issues**

The principal issues in this case are:

1. Can plaintiff assert a Fifth Amendment taking claim when plaintiff asserts a breach of contract claim for the same alleged harm?

2. Did plaintiff breach the Cooperative Research and Development Agreement signed by the parties?

3. Did defendant breach the Cooperative Research and Development Agreement signed by the parties?

4. If so, what damages, if any, has plaintiff suffered?

5. Did plaintiff breach the June 2000 license agreement signed by the parties?

6. Did defendant breach the June 2000 license agreement signed by the parties?

7. If so, what damages, if any, has plaintiff suffered?

**i. Settlement**

At this time, the parties have been unable to reach any settlement. Although neither party has ruled out the possibility of settlement, the parties have no immediate plans for any settlement discussions. The parties may consider settling some or all of the claims as this litigation progresses.

**j. Trial**

The parties anticipate that the case will proceed to trial if dispositive motions are not sustained. Neither party requests an expedited trial schedule.

**k. Electronic Case Management**

The parties do not believe that there are special issues regarding electronic case management needs.

**l. Additional Issues**

The parties are unaware of any additional information that the Court should be aware of at this time.

**m. Proposed Discovery Plan**

Pursuant to RCFC Appendix A, ¶ 5, the parties propose the following discovery plan:

| | | |
|---|---|---|
| 1. | Exchange RCFC 26(a)(1) initial disclosures: | May 28, 2004 |
| 2. | Amend pleadings: | August 27, 2004 |
| 3. | Complete fact discovery: | October 29, 2004 |
| 4. | Defendant files summary judgment motion: | December 8, 2004 |

| | | |
|---|---|---|
| 5. | Plaintiff files cross-motion and brief in opposition: | January 12, 2005 |
| 6. | Defendant files brief in opposition and reply: | February 9, 2005 |
| 7. | Plaintiff files reply: | February 23, 2005 |
| 8. | Experts' reports exchanged: | March 30, 2005 |
| 9. | Complete expert discovery: | May 11, 2005 |

Respectfully submitted,

s/ Philip F. Filosa

PHILIP F. FILOSA
17 Kendrick Street
P.O. Box 808
Wrentham, MA 02093
Tel.: (508) 384-3264
Fax: (508) 384-3210
Email: pffilosa@netzero.net

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen /by Jeanne E. Davidson

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

March 19, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 19th day of March, 2004, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _