# In the United States Court of Federal Claims

PDR, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 03-2047 C

Filed March 23, 2004

ORDER

On March 19, 2004, the parties filed a joint preliminary status report. The parties included in the report a proposed discovery plan pursuant to RCFC Appendix A, ¶ 5. In consideration of the parties' representations, the Court adopts the proposed discovery plan and ORDERS that the parties shall complete discovery and file dispositive motions and responses according to the following schedule:

1) The parties shall exchange initial disclosures per RCFC 26(a)(1) by May 28, 2004;

2) The parties shall propose any amendments to the pleadings by August 27, 2004;

3) The parties shall complete fact discovery by October 29, 2004;

4) Defendant shall file a motion for summary judgment by December 8, 2004;

5) Plaintiff shall file a cross-motion for summary judgment and brief in opposition by January 12, 2005;

6) Defendant shall file a brief in opposition and reply by February 9, 2005;

7) Plaintiff shall file a reply by February 23, 2005;

8) The parties shall exchange experts' reports by March 30, 2005;

9) The parties shall complete expert discovery by May 11, 2005.

The Court FURTHER ORDERS that the parties shall participate in a telephonic status conference on Friday, November 5, 2004 at 2:30 p.m. to discuss with the Court the anticipated grounds for their cross-motions for summary judgment and a schedule for further proceedings looking toward a trial on the merits in the event the case is not resolved on motion. In addition, if the parties encounter problems in the course of completing fact discovery, they shall promptly advise the Court so that the issues may be addressed as expeditiously as possible, and hopefully without the need for written motions, so that further proceedings may continue without delay.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge