# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 03-2047 C<br>Filed September 23, 2004 |

ORDER

After consultation with the parties, the Court ORDERS that the telephonic status conference originally scheduled for Friday, November 5, 2004 at 2:30 p.m. will be held on Friday, November 12, 2004 at 2:30 p.m. The Court will initiate the conference call.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge