# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., Plaintiff, | No. 03-2047 C |
| v. | Filed November 1, 2004 |
| THE UNITED STATES OF AMERICA, Defendant. | |

## ORDER

On October 27, 2004, the parties filed a Joint Motion to Revise Discovery Plan. The parties requested that, because of the complex technology involved in the case, they be allowed to wait until both fact and expert discovery conclude before they engage in summary judgment briefing. The parties reported that once expert discovery concludes, they will be better able to assess what issues may be appropriate for resolution by the Court on summary judgment. The parties also requested an enlargement of time to complete fact discovery in order to have the benefit of expert advice on gallium nitride technology before taking depositions of fact witnesses.

In consideration of the above, the parties' joint motion is GRANTED. The Court ORDERS that the parties shall complete fact discovery by March 9, 2005, that the parties exchange expert reports by April 27, 2005, and that expert discovery be concluded by June 1, 2005. The parties shall file joint status reports beginning December 1, 2004 and every 60 days thereafter apprising the Court of their progress in taking fact and expert discovery.

The Court FURTHER ORDERS that the telephonic status conference scheduled for November 12, 2004 be postponed until Tuesday, May 10, 2005 at 2:00 p.m. for the parties to discuss with the Court the anticipated grounds for their cross-motions for summary judgment and an amended schedule for further proceedings looking toward a trial on the merits in the event the case is not resolved on motion. The Court will initiate the conference call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge