IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, | No. 03-2047C |
| v. | (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 1, 2004, the parties respectfully submit this joint status report.

Plaintiff produced documents with its initial disclosures. Defendant has responded to plaintiff's first set of requests for admissions, and has produced documents in response to plaintiff's first set of document requests.

The parties anticipate scheduling depositions of fact witnesses in late January or February 2005.

The parties request that the Court enter a protective order because a number of the documents requested by plaintiff and produced by defendant contain proprietary information about other companies conducting business with the Air Force. Based upon their ongoing review of the documents produced, the parties are discussing the details of the proposed protective order, and will submit a proposed order for the Court's consideration.

Respectfully submitted,

s/ Philip F. Filosa

PHILIP F. FILOSA
17 Kendrick Street
P.O. Box 808
Wrentham, MA 02093
Tel.: (508) 384-3264
Fax: (508) 384-3210
Email: pffilosa@netzero.net

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

December 1, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 1st day of December, 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson_____