IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2047C (Judge George W. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 1, 2004, the parties respectfully submit this joint status report.

Since the parties' last status report on December 1, 2004, defendant's counsel has identified an expert who has agreed to serve as a consultant to defendant. The parties have scheduled depositions of plaintiff's and defendant's witnesses during the weeks of February 28, 2005 and March 7, 2005.

The parties have discussed and agreed upon a proposed protective order, which they have submitted with this report for the Court to review.

Respectfully submitted,

s/ Philip F. Filosa

PHILIP F. FILOSA
17 Kendrick Street
P.O. Box 808
Wrentham, MA 02093
Tel.: (508) 384-3264
Fax: (508) 384-3210
Email: pffilosa@netzero.net

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

February 7, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of February, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _