IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 03-2047C (Judge George W. Miller) |

## NOTICE OF FILING REVISED PROPOSED PROTECTIVE ORDER

Pursuant to the Court's request communicated during a telephone conference on February 9, 2005 with counsel for both parties, defendant, on behalf of both parties, respectfully submits a revised version of the proposed protective order, which has been revised in accordance with the discussions during the telephone conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

February 10, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 10th day of February, 2005, a copy of the foregoing "NOTICE OF FILING REVISED PROPOSED PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson______