IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2047C<br>(Judge George W. Miller) |

**APPLICATION FOR ACCESS TO INFORMATION UNDER**
**<u>PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS</u>**

1. I, ______________________, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by _____________________, and will assist as an expert consultant or witness in this proceeding.

3. There are no instances in which I have been denied admission to a protective order, had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal.

4. I have read the protective order issued by the Court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any documents that are designated during this proceeding as containing Protected Information.

5. I acknowledge that a violation of the terms of the protective order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

**APPENDIX B**

By my signature, I certify that, to the best of my knowledge, the representations set forth above are true and complete.

____________________________________ ____________________

Date

**APPENDIX B**