IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2047C (Judge George W. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 1, 2004, the parties respectfully submit this joint status report.

Since the parties' last status report on February 7, 2005, the parties have completed depositions of the fact witnesses. Defendant has taken the depositions of PDR's principal, Mr. Kenneth Preston, as well as his business associate, Mr. Chirvani Abdoullaev. Plaintiff has taken the depositions of numerous scientists at Hanscom Air Force Base, including Dr. Michael Alexander, Dr. Alvin Drehman, and Mr. Michael Suscavage, as well as several of the Air Force patent counsel who were involved in this matter, Mr. Stan Collier, Mr. Julian Siegel, and Mr. Tom Stover.

The parties are now in the process of preparing experts' reports, which are currently scheduled to be exchanged on April 27, 2005. However, PDR requires additional time to complete the process of retaining an expert. In addition, defendant's expert has recently returned from a trip to China, and has two more trips to the Far East and one trip to Europe scheduled for the next six weeks. For these reasons, the parties respectfully request that the

Court extend the date for exchanging expert reports to May 31, 2005, and reschedule the status conference now set for May 10, 2005.

Respectfully submitted,

s/ Philip F. Filosa

PHILIP F. FILOSA
17 Kendrick Street
P.O. Box 808
Wrentham, MA 02093
Tel.: (508) 384-3264
Fax: (508) 384-3210
Email: pffilosa@netzero.net

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

April 1, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 3rd day of April, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _