# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., | No. 03-2047 C |
| Plaintiff, | |
| v. | Filed April 25, 2005 |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

On April 1, 2005, the parties filed a joint status report pursuant to this Court's order of November 1, 2004. The parties reported that they have completed depositions of the fact witnesses, and that they are preparing experts' reports, which are currently scheduled to be exchanged on April 27, 2005. The parties reported, however, that plaintiff requires additional time to complete the process of retaining an expert, and defendant's expert is scheduled to be out of the country several times in the next six weeks. The parties therefore have requested that the Court extend the date for exchanging expert reports to May 31, 2005, and reschedule the status conference now scheduled for May 10, 2005.

In consideration of the above, the Court ORDERS that the parties shall exchange expert reports by **May 31, 2005**. The parties shall file a joint status report by **July 1, 2005** apprising the Court of their progress in taking discovery, and proposing a schedule of further proceedings in the case. The Court FURTHER ORDERS that **the status conference scheduled for May 10, 2005 is CANCELLED**. The status conference will be rescheduled by subsequent order.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge