IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2047C (Judge George W. Miller) |

**STATUS REPORT**

Pursuant to the Court's order dated November 1, 2004, defendant, on behalf of both parties, respectfully submits this status report.

On June 9, 2005, plaintiff's counsel informed defendant's counsel that plaintiff and its owner, Mr. Kenneth Preston, had filed voluntary Chapter 7 petitions for bankruptcy on that day in the United States Bankruptcy Court, District of Massachusetts, In re Preston, No. 05-15281-JNF and In re PDR, Inc., No. 05-15285-JNF. Counsel for the parties had discussed exchanging expert reports and proceeding with expert depositions on June 27-28, 2005. However, counsel for the parties agreed that these proceedings should be deferred until the appointment of the Chapter 7 trustee, who now possesses authority to make decisions for plaintiff regarding this suit pursuant to 11 U.S.C. §§ 323, 541(a).

Defendant's counsel spoke on July 1, 2005 to the Trustee who has been appointed in both cases, Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C. Ms. Dwyer has not yet had the opportunity to review the complaint or any other papers from this suit. Defendant's counsel told Ms. Dwyer that it would consider providing a copy of its

expert's report to assist Ms. Dwyer in determining whether to continue to pursue plaintiff's claims. Ms. Dwyer stated that because of other matters that she is handling, and the volume of material to be reviewed in connection with evaluating the subject claims, she did not expect to be able to make any determination regarding this suit until the end of August. Further, any proposed compromise or abandonment of plaintiff's claims by the Trustee requires approval of the United States Bankruptcy Court.

For these reasons, the parties propose to file a status report by September 8, 2005, that will inform the court of the status of the bankruptcy proceedings and their effect upon this suit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

July 5, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 5th day of July, 2005, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _