# In the United States Court of Federal Claims

PDR, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 03-2047 C

Filed July 6, 2005

ORDER

On July 5, 2005, defendant filed a status report on behalf of both parties in this case. Defendant reported that on June 9, 2005, plaintiff and its owner, Mr. Kenneth Preston, had filed voluntary Chapter 7 petitions for bankruptcy in the United States Bankruptcy Court, District of Massachusetts: *In re Preston*, No. 05-15281-JNF, and *In re PDR, Inc.*, No. 05-15285-JNF. Defendant's counsel spoke on July 1, 2005 to the Trustee who has been appointed in both cases, Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C. Pursuant to 11 U.S.C. §§ 323, 541(a), Ms. Dwyer, as Trustee, possesses authority to make decisions for plaintiff regarding this suit. Ms. Dwyer informed defendant's counsel that because of other matters that she is handling, and the volume of material to be reviewed in connection with evaluating plaintiff's claims, she did not expect to be able to make any determination regarding the suit until the end of August, 2005. Defendant added that any proposed compromise or abandonment of plaintiff's claims by the Trustee requires approval of the United States Bankruptcy Court. Defendant concluded the status report by proposing that the parties file a further status report by September 8, 2005.

In consideration of the above, the Court ORDERS that by **Thursday, September 8, 2005**, the parties shall file a joint status report apprising the Court of the status of the bankruptcy proceeding and its effect upon this case.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge