IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2047C<br>(Judge George W. Miller) |

**STATUS REPORT**

Pursuant to the Court's order dated July 6, 2005, defendant, on behalf of both parties, respectfully submits this status report. Defendant has provided its expert report to Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the Trustee appointed as a result of the voluntary Chapter 7 petition for bankruptcy filed by plaintiff and its owner, Mr. Kenneth Preston, in the United States Bankruptcy Court, District of Massachusetts, In re Preston, No. 05-15281-JNF and In re PDR, Inc., No. 05-15285-JNF. The Trustee is reviewing defendant's expert report and other materials to evaluate the claims asserted by plaintiff.

Defendant's counsel of record expects to be in Wyoming September 12-30 for purposes of a two-week trial scheduled to begin on September 19, 2005 before Senior Judge James F. Merow in The Sweetwater, A Wilderness Lodge LLC v. United States, No. 02-1795C. To afford the Trustee an opportunity to complete her evaluation of plaintiff's claims, and to afford the Trustee and defendant's counsel an opportunity to conduct an informed discussion about whether the Trustee might recommend to the United States Bankruptcy

Court any proposed compromise or abandonment of plaintiff's claims, defendant proposes that the parties provide a status report to the Court by October 28, 2005 regarding the status of the bankruptcy proceedings and their effect upon this suit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

September 8, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 8th day of September, 2005, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _