# In the United States Court of Federal Claims

PDR, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 03-2047 C

Filed September 9, 2005

## ORDER

On September 8, 2005, defendant filed a status report on behalf of both parties. Defendant reported that it had provided its expert report to Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the trustee appointed as a result of the Chapter 7 petition filed by plaintiff and its owner, Mr. Kenneth Preston. Defendant reported that the trustee was reviewing defendant's expert report and other materials to evaluate the claims asserted by plaintiff. To afford the trustee an opportunity to complete her evaluation of plaintiff's claims, and to afford the trustee and defendant's counsel an opportunity to conduct an informed discussion about whether the trustee might recommend to the United States Bankruptcy Court any proposed compromise or abandonment of plaintiff's claims, the parties proposed that they be allowed to provide a further status report by October 28, 2005 regarding the status of the bankruptcy proceedings and their effect upon this suit.

In consideration of the above, the Court adopts the parties' proposal and hereby ORDERS that on or before **Friday, October 28, 2005**, the parties shall file a further status report regarding the status of the bankruptcy proceedings and their effect upon this suit.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge