IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2047C<br>(Judge George W. Miller) |

**STATUS REPORT**

Pursuant to the Court's order dated September 9, 2005, defendant, on behalf of both parties, respectfully submits this status report. Defendant's counsel has recently contacted Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the Trustee appointed as a result of the voluntary Chapter 7 petition for bankruptcy filed by plaintiff and its owner, Mr. Kenneth Preston, in the United States Bankruptcy Court, District of Massachusetts, In re Preston, No. 05-15281-JNF and In re PDR, Inc., No. 05-15285-JNF.

The Trustee normally handles approximately 50 bankruptcy petitions per month. However, because of the change in bankruptcy laws that took effect on October 17, 2005, the Trustee received approximately 450 petitions during the past month. Many of the petitions are pro se petitions that are time-consuming to review. As a result, the Trustee has not yet been able to complete her review of the defendant's expert report and other materials to evaluate the claims asserted by plaintiff. The Trustee does not expect to be able to complete her evaluation of plaintiff's claims for at least one month.

To afford the Trustee an opportunity to complete her evaluation of plaintiff's claims, and to afford the Trustee and defendant's counsel an opportunity to conduct an informed discussion about whether the Trustee might recommend to the United States Bankruptcy Court any proposed compromise or abandonment of plaintiff's claims, defendant proposes that the parties provide a status report to the Court by December 21, 2005 regarding the status of the bankruptcy proceedings and their effect upon this suit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by Kathryn A. Bleecker

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

October 21, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 21st day of October, 2005, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _