IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2047C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's order dated October 25, 2005, defendant, on behalf of both parties, respectfully submits this status report. Defendant's counsel was recently contacted by Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the Trustee appointed as a result of the voluntary Chapter 7 petition for bankruptcy filed by plaintiff and its owner, Mr. Kenneth Preston, in the United States Bankruptcy Court, District of Massachusetts, In re Preston, No. 05-15281-JNF and In re PDR, Inc., No. 05-15285-JNF.

As defendant reported to the Court in its October 21, 2005, the Trustee has been engaged in reviewing an inordinate number of petitions filed as a result the change in bankruptcy laws that took effect on October 17, 2005. This has interfered with the Trustee's efforts to complete her review of the defendant's expert report and other materials to evaluate the claims asserted by plaintiff. The Trustee has scheduled a telephone conference with counsel for PDR on December 30, 2005.

Trustee had already planned to spend 10 days in Minnesota with her family for Christmas and the New Year's holidays. Trustee's father died on December 16, 2005, and she now anticipates a more extended stay in Minnesota.

To afford the Trustee an opportunity to complete her evaluation of plaintiff's claims, and to afford the Trustee and defendant's counsel an opportunity to conduct an informed discussion about whether the Trustee might recommend to the United States Bankruptcy Court any proposed compromise or abandonment of plaintiff's claims, defendant proposes that the parties provide a status report to the Court by January 31, 2006 regarding the status of the bankruptcy proceedings and their effect upon this suit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

December 19, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 19th day of December, 2005, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _