# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PDR, INC., Plaintiff, | ) | No. 03-2047 C |
| v. | ) | Filed December 20, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## ORDER

On December 19, 2005, defendant filed a status report on behalf of both parties. Defendant reported that it had recently been contacted by Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the trustee appointed as a result of the Chapter 7 petition filed by plaintiff and its owner, Mr. Kenneth Preston. Defendant reported that the influx of bankruptcy petitions resulting from the change in the bankruptcy laws which took effect on October 17, 2005 has interfered with the trustee's efforts to complete her review of defendant's expert report and other materials necessary to evaluate the claims asserted by plaintiff. To afford the trustee an opportunity to complete her evaluation of plaintiff's claims, and to afford the trustee and defendant's counsel an opportunity to conduct an informed discussion about whether the trustee might recommend to the United States Bankruptcy Court any proposed compromise or abandonment of plaintiff's claims, the parties proposed that they provide a further status report by January 31, 2006 regarding the status of the bankruptcy proceedings and their effect upon this suit.

In consideration of the above, the Court adopts the parties' proposal and hereby ORDERS that on or before **Tuesday, January 31, 2006**, the parties shall file a further status report regarding the status of the bankruptcy proceedings and their effect upon this suit.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge