IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., Plaintiff, | ) | No. 03-2047C |
| v. | ) | (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's order dated December 19, 2005, defendant, on behalf of both parties, respectfully submits this status report. Defendant's counsel has recently communicated with plaintiff's counsel and Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the Trustee appointed as a result of the voluntary Chapter 7 petitions for bankruptcy filed by plaintiff and its owner, Mr. Kenneth Preston, in the United States Bankruptcy Court, District of Massachusetts, In re Preston, No. 05-15281-JNF and In re PDR, Inc., No. 05-15285-JNF.

On January 30, 2006, the Trustee filed and served on the creditors of the estate a Notice of Intent to Abandon the Claim pursuant to 11 U.S.C. § 554(a), which notified the creditors of the Trustee's intention to abandon from the estate the claim filed in this suit. A copy of the notice is attached. The Trustee informs defendant's counsel that the abandonment is effective automatically if no objection is filed within 15 days of mailing the Notice to the creditors. If no creditors file any objections, the claim will be returned to the control of plaintiff PDR, Inc.

The parties propose to file a status report by March 10, 2006, informing the Court of whether any creditors have objected to the Trustee abandoning the claim, and if not, proposing a schedule for further proceedings to resolve this suit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by Bryant G. Snee

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

January 31, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 31st day of January, 2006, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _