UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>PDR, INC.<br><br>Debtor | Chapter 7<br>Case No. 05-15285-JNF |

# TRUSTEE'S NOTICE OF INTENTION TO ABANDON PROPERTY OF THE ESTATE

Pursuant to 11 U.S.C. §554(a) and Bankruptcy Rule 6007, Kathleen P. Dwyer, as Chapter 7 Trustee of the above-named estate, hereby gives notice that she intends to abandon the estate's interest in the following property: debtor's claims against the United States asserted in debtor's complaint filed in PDR, Inc. v. United States, Fed. Cl. No. 03-2047 (the "Claim").

It is the judgment of the Trustee that the Claim has no net value to the estate, and that it would be burdensome to the estate to litigate the Claim. The foregoing is based on review of the Expert Report and the testimony of the debtor's principal at the § 341 meeting of creditors. The Expert Report addresses the issues of technology raised in the PDR complaint, including inventive contribution and commercial value of the subject technology.

This notice is given in order to give parties an opportunity to file Objections to the Trustee's intention to abandon the above-described property of the estate. Any Objection must be in writing and must state specific reasons for the Objection.

Objections must be filed with the Clerk, U.S. Bankruptcy Court, 1101 O'Neill Federal Building, 10 Causeway Street, Boston, MA

02222-1074 within 15 days of the date of mailing of this notice, with copies to the undersigned Trustee. If an Objection is filed, the Court will schedule a hearing. If no Objection is timely filed and served on the Trustee, the above-described property will be deemed abandoned by the Trustee.

Date of mailing: January 31, 2006

/s/ Kathleen P. Dwyer
Kathleen P. Dwyer,
as Chapter 7 Trustee
MacLEAN HOLLOWAY DOHERTY
ARDIFF & MORSE, P.C.
8 Essex Center Drive
Peabody, MA 01960
(978) 774-7123
kdwyer@mhdpc.com

CERTIFICATE OF SERVICE

I, Kathleen P. Dwyer, hereby certify that on this date, I served a true and correct copy of the foregoing TRUSTEE'S NOTICE OF INTENTION TO ABANDON PROPERTY OF THE ESTATE by mailing the same by first class mail, postage prepaid, to the parties listed on the attached Service List.

Dated: January 30, 2006

/s/ Kathleen P. Dwyer
Kathleen P. Dwyer