# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PDR, INC., | ) | No. 03-2047 C |
| Plaintiff, | ) | |
| v. | ) | Filed February 2, 2006 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

On January 31, 2006, defendant filed a status report on behalf of both parties. Defendant reported that it had recently communicated with plaintiff's counsel and Kathleen P. Dwyer of MacLean Holloway Doherty Ardiff & Morse, P.C., the trustee appointed as a result of the Chapter 7 petition filed by plaintiff and its owner, Mr. Kenneth Preston. Defendant further reported that on January 30, 2006, the trustee filed and served on the creditors of the estate a Notice of Intention to Abandon Property of the Estate, pursuant to 11 U.S.C. § 554(a), which notified the creditors of the trustee's intent to abandon the estate's interest in the claim asserted in this case. According to the trustee, the abandonment will be effective immediately if no creditor files an objection within 15 days of the mailing of the Notice. If there are no objections, the claim will be returned to the control of plaintiff.

The parties proposed that they provide a further status report by March 10, 2006, informing the Court of whether any creditors have objected to the abandonment of the claim and, if not, proposing a schedule for further proceedings.

In consideration of the above, the Court adopts the parties' proposal and hereby ORDERS that on or before **Friday, March 10, 2006**, the parties shall file their next joint status report in this matter.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge