IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2047C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's order dated February 2, 2006, defendant, on behalf of both parties, respectfully submits this status report. Defendant's counsel has spoken with plaintiff's counsel, and understands that no creditors objected to the abandonment of this claim by the Trustee in the bankruptcy proceedings in which plaintiff and its owner are involved, In re Preston, No. 05-15281-JNF and In re PDR, Inc., No. 05-15285-JNF (United States Bankruptcy Court, District of Massachusetts).

Defendant's counsel understands that at present, plaintiff is discussing the case with a prospective expert. Defendant has served an expert report on plaintiff, but defendant's expert is in Taiwan until mid-July. To permit the parties to conclude expert discovery, the parties propose the following schedule:

| | |
|---|---|
| Plaintiff serves expert report | May 1, 2006 |
| Expert discovery concludes | August 31, 2006 |
| Parties file status report proposing schedule to for dispositive motions or trial | September 15, 2006 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by Bryant G. Snee

DAVID M. COHEN
Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

OF COUNSEL:

CHUN-I CHIANG
Trial Attorney
Intellectual Property Branch
Commercial Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd.
Arlington, VA 22209

March 10, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 10th day of March, 2006, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ John H. Williamson _