# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 03-2047 C<br><br>Filed March 14, 2006 |

**ORDER**

On March 10, 2006, defendant filed a status report on behalf of both parties. In the status report, the parties proposed the following schedule for the conduct of the remaining expert discovery in this case: (1) plaintiff will serve its expert report on May 1, 2006; (2) expert discovery will conclude on August 31, 2006; and (3) the parties will file a status report proposing a schedule for dispositive motions or trial on September 15, 2006.

In consideration of the above, the Court adopts the parties' proposal and hereby ORDERS that on or before **Monday, May 1, 2006**, plaintiff shall serve its expert report. Expert discovery shall conclude on **Thursday, August 31, 2006**. The parties shall file a status report proposing a schedule for dispositive motions or for proceedings leading to a trial on the merits on or before **Friday, September 15, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge