IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge Robert H. Hodges, Jr.) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of J. REID PROUTY as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

/s J. Reid Prouty
J. REID PROUTY
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7586
Fax: (202) 514-7969
Email:j.reid.prouty@usdoj.gov

April 14, 2006