IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME FOR EXPERT DISCOVERY

We respectfully request that the Court amend its March 14, 2006 scheduling order by enlarging the expert discovery deadline in this case by two months, from August 31, 2006, until October 31, 2006. We further request that the Court correspondingly enlarge the due date of the post-discovery status report from September 15, 2006 to November 15, 2006. We have discussed this matter with counsel for the plaintiff and represent that he does not oppose this motion.

We request the additional time for expert discovery because the travel schedules of counsel and of the Government's expert (who spent a significant amount of time in Taiwan during the summer months) have prevented the parties from being able to schedule a mutually agreeable time for the depositions. We anticipate, however, that counsel and both experts will be available in October for the necessary depositions.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement and change the expert discovery deadline in this case to October 31, 2006 with the post-discovery status report to be due on November 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

August 10, 2006