# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 03-2047 C<br>Filed August 14, 2006 |

**ORDER**

On August 10, 2006, defendant filed an unopposed motion for an enlargement of time for expert discovery. Pursuant to the Court's Order of March 14, 2006, the present expert discovery deadline is August 31, 2006. Defendant requests an enlargement of two months, until October 31, 2006, within which to complete expert discovery. Defendant also requests a corresponding enlargement of time within which to file the post-discovery status report, which is presently due on September 15, 2006. Defendant requires an enlargement of time because the travel schedules of counsel and of the Government's expert have prevented the parties from scheduling a mutually agreeable time for depositions.

In consideration of the above, and because plaintiff does not oppose it, defendant's motion for an enlargement of time for expert discovery is hereby GRANTED. Expert discovery shall conclude on **Tuesday, October 31, 2006**. The parties shall file a status report proposing a schedule for dispositive motions or for proceedings leading to a trial on the merits on or before **Wednesday, November 15, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge