IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 14, 2006 order, the parties file this post-discovery joint status report to inform the Court of the status of discovery in this case and propose a schedule for future events.

Expert discovery has been completed and the parties believe that summary judgment may be appropriate. The parties propose that the Government file its motion for summary judgment on February 2, 2007, with plaintiff's response and other subsequent briefs to be filed in accordance with the deadlines set forth in the Court's rules.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Philip F. Filosa
PHILIP F. FILOSA
17 Kendrick Street
P.O. Box 809
Wrentham, MA 02093

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

November 15, 2006