# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., Plaintiff, | No. 03-2047 C |
| v. | Filed November 15, 2006 |
| THE UNITED STATES OF AMERICA, Defendant. | |

## ORDER

On November 15, 2006, the parties filed a joint status report. The parties advised the Court that they have completed expert discovery. The parties further advised the Court that they believe that summary judgment may be appropriate and propose that the defendant file its motion for summary judgment by February 2, 2007. In consideration of the above, the Court **ORDERS** that should the defendant decide to file a motion for summary judgment, such motion shall be filed no later than **February 2, 2007**, with plaintiff's response and other subsequent briefs to be filed in accordance with the deadlines set forth in Rule 7.2 of the Rules of the Court of Federal Claims.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge