IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME FOR MOTION FOR SUMMARY JUDGMENT

We respectfully request that the Court amend its November 15, 2006 scheduling order by enlarging the deadline for the Government to file its motion for summary judgment, from February 2, 2007, until February 23, 2007. We have discussed this matter with counsel for the plaintiff and represent that he does not oppose this motion.

We request the additional time for multiple reasons that have adversely affected our ability to file the motion as scheduled: we have not yet been able to contact all of the individuals who will potentially provide declarations for the motion; agency counsel is unavailable for consultation during most of the week of January 30, 2007; and Government counsel has been unable to devote sufficient time to the motion due to demands in other cases, which include two appellate briefs to be filed in the next two weeks, a reply brief in a cross-motion for summary judgement, and preparing recommendations for two potential settlements. We ask for three weeks because Government counsel is at high risk of being assigned a bid protest during the two-week period which begins on February 5, 2007 and ends on February 16, 2007 because he is one of four Department of Justice attorneys scheduled for "bid protest duty" during this time period.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement and enlarge the deadline for the Government to file its motion for summary judgment until February 23, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

January 29, 2007