IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for the Government to file its motion for summary judgment, from February 23, 2007, until March 9, 2007. This is our second request for an enlargement. We have discussed this matter with counsel for the plaintiff and represent that he does not oppose this motion.

We request the additional time because counsel for the Government apparently fractured his wrist when he slipped upon an ice-covered stairway over the weekend. This injury significantly hinders Government counsel's ability to write or type (the injured wrist is his left wrist and he is left-handed) and the results of the injury, including physician's appointments, continue to be time-consuming.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement and enlarge the deadline for the Government to file its motion for summary judgment until March 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

February 21, 2007