the ability to control the conductive properties of silicon that birthed the transistor and enabled the microelectronic revolution.

A semiconductor has a single crystalline structure where the placement of atoms and their separation (lattice constant) are the same throughout the crystal, Figure 1. Amorphous material has no crystalline order and poly-crystalline material has some areas of regular crystal structure which do not necessarily repeat for large areas. The single crystalline structure of a semiconductor modifies the flow of electrons through it and in some cases inhibits the flow like an insulator. There the degree of the crystalline quality of a semiconductor is a key physical property.




Figure 1: Crystal structure of GaN

At very low temperatures a semiconductor behaves like an insulator and the energy required to make material conduct is called the energy gap ($E_g$) and is measured in electron volts (eV). The electronic and the optical properties of semiconductors materials are related to $E_g$. For example, the emission wavelength of light ($\lambda$) from a semiconductor is given by $\lambda$ (nm) = 1239/$E_g$; however, not all semiconductor materials efficiently emit light. Silicon does not but others such as GaN do and are used in optical devices such as light emitting diodes (LEDs) and lasers.

Silicon device structure such as transistors are typically created in a bulk or wafer-like piece of single crystalline material using photolithographic techniques. Optical devices such as light-emitting diodes used in traffic signals are typically created by growing thin layers of single crystalline semiconductor materials onto a bulk piece or wafer of single crystalline material. The bulk single crystalline material is normally produced by techniques such as Czochralski Crystal Growth, while thin single crystalline material is produced by Epitaxial Growth techniques such Molecular Beam Epitaxy (MBE) or Metal-organic Chemical Vapor Deposition (MOCVD). Semiconductor growth processes must produce bulk crystals or layers of single crystalline material. A term 'device quality material' is used when a semiconductor can be used to make a device. Not all semiconductor material *a priori* is device quality.

***One issue that will be addressed in this report will be the utility of Pulsed Laser Deposition (PLD) and sputtering techniques for the production of single crystalline semiconductor materials.***

3.2. Understanding Semiconductor Materials: X-ray data[14,15]

The degree of perfection of the crystalline structure of a semiconductor material is most commonly measured by x-ray diffraction techniques. When x-rays (high energy radiation) interacts with a crystal structure wave-like constructive and destructive interference will occur, resulting in diffraction pattern. The incident X-rays appears to reflected at angle that is characteristic inter-planar distance (lattice constant) between the atoms, Figure 2. If it is assumed that the crystal structure is perfect, then this reflection occurs at a single, discrete, angle. For example, GaN is typically grown on sapphire substrates, and two x-ray peaks associated with the GaN layer and the sapphire substrate can be seen. If the crystal structure is not perfect the x-

[14] Appendix C: Ferguson - Epitaxial Film Growth (book chapter)
[15] Appendix A: Slide 5

ray reflection no longer occurs at discrete angle, but at distribution angles around that discrete value known as the x-ray line-width. The x-ray line-width measured as the Full Width at Half Maximum (FWHM) of the peak is taken as an indication of the crystalline quality of the material. For example, for well developed compound semiconductor materials such as GaAs or InP the x-ray line width would be 10-30 arcsecs (3600 arcsecs = 1 degree). X-ray measurement of polycrystalline material would show multiple x-ray peaks of differing FWHM from the different regions of the crystal. Amorphous material would not exhibit an x-ray peak but uniform background signal since the x-ray scatter equally in all directions.

The epitaxial growth of GaN materials has been complicated by the lack of native substrate, i.e. a GaN substrate. This means that the GaN is grown on a non-native substrate, such as sapphire or silicon carbide ("SiC"). Of these substrates sapphire is most used because it is substantially less expensive even though its lattice match to GaN is less good then SiC. The growth on a highly lattice mismatched non-native substrate means that special techniques are required to produce crystalline material. However, it should be noted that even when optimal growth conditions, are used the x-ray line width of the GaN is much larger than other semiconductor materials, typically 300-400 arcsec. The larger line width indicates a higher density of defects in the material. Under non-optimum growth conditions, the crystalline properties of the material are lost, and it no longer behaves like a semiconductor material. A two-step growth technique is typically used to minimize density of defects for GaN grown sapphire. In this instance a thin, low temperature, nucleation layer is used to improve the crystalline quality of the GaN. It should be noted that material with a narrow x-ray line-width is a necessary but not sufficient requirement for semiconductor devices.




Figure 2: x-ray diffraction from a single crystal material

***This report will address if the crystalline properties of the material produced by the Air Force for Mr. Preston (PDR) is typical of that needed for a semiconductor device.***

3.3. Understanding Semiconductor Materials: doping and p-n junction[16]

The operation of all semiconductor devices depends on the ability to control the conductivity of different parts of the device and hence the change the flow of the electrons (current) through the device. The ability to control the conductivity is achieved by adding impurities to the semiconductor material. An ideal, or intrinsic, semiconductor should only contain its constituent atoms (which, in the case of GaN, would be gallium and nitrogen), and its conductivity only depends on its band gap $E_g$ and its temperature. When a semiconductor material is produced in either a bulk or epitaxial form, it will contain impurities depending on the source materials used, and how the material is produced. Low levels of impurities, even 1 atom in 1,000,000,000 (1 part per billion), are needed to effect a large change in the conductivity in the semiconductor material. Achieving these very low impurity levels typically hinders the development of new semiconductor materials.

Assuming that semiconductor material can be produced close to its intrinsic form, then its base conductivity can be set by adding a particular density of known impurities. This process of

[16] Appendix A: Slide 6

adding (extrinsic) impurities to a semiconductor material is known as doping. The addition of an impurity that provides extra electrons to the material is called n-type doping, because the impurity adds a net negative charge to the semiconductor crystal. The addition of an impurity that ‘removes’ electrons from the material are called a p-type doping and the semiconductor crystal will have a net positive charge. In GaN silicon ("Si") is an n-type dopant (donor) forming n-type material, and magnesium (Mg) is a p-type dopant (acceptor) forming p-type material. When well-behaved impurities are added to the semiconductor crystal, they should all be electrically active at room temperature and only exhibit donor or acceptor behavior. However, if the semiconductor crystal contains a high level of background impurities prior to doping, it may be impossible to add electrically active impurities to the crystal to give the required n-type or p-type behavior. If, for example, the residual proprieties of the undoped semiconductor material is n-type then sufficient p-type impurities must be added to make the crystal charge neutral (i.e. compensated) before a net positive charge can be obtained.

The operational characteristics of semiconductor devices such as diodes and transistors depend on the formation of a p-n junction. A p-n junction is formed when n-type and p-type materials are brought together. In the case of GaN p-n junction is formed when one dopant such as Si is changed to another such Mg during the growth of the crystal. A p-n junction does not have discontinuity in the crystalline structure of the semiconductor, but only in doping concentrations across the junction. A highly resistive region forms between the n-type and p-type materials because it is depleted of charge, called the depletion zone, because the free carriers produced by doping attract and neutralize each other. Changes in the width of the depletion zone with applied voltage allow the control of the electrical conductivity of the device. The emission from a light-emitting diode (“LED”) comes from the depletion zone a p-n junction.

***Another issue that will be addressed in this report is the control of the conductivity of the semiconductor material produced by targets produced by CERAC for Mr. Preston (PDR).***

## <u>4. What did Mr. Preston invent regarding GaN films?</u>

### <u>4.1. PDR Plasma Technology – Inductive Coupled Plasma Design</u>[17]

The relationship between PDR and the Air Force was originally initiated around an agreement to produce targets for the solid vapor deposition of GaN[18]. The technique chosen to achieve this end was an Inductively Coupled Plasma Spray Process as detailed in the Work Plan of the CRDA[19]. It appears from the “Scope of Work” section, of the CRDA (Task 3.4.1) and the deposition of Mr. Suscavage[20] that much of the equipment to complete the CRDA was already in place at the Air Force (Rome Laboratory). PDR only had to provide the staff and to make or modify parts for the purpose of the CRDA Task 3.1.1 in the CDRA Scope of Work section required that prior to the work being initiated, the parties (Task 3.1.1) complete a review of the existing literature before funds were expended in areas known to be unsuccessful:

> Task 3.1.1 Both PDR Inc. and RL will jointly conduct a technical literature search to determine the existing fabrication methods of the selected wide bandgap semiconductor materials with the initial one being GaN. PDR requests the services of DTIC for the length of the CRDA and will pay for such service. The effort will examine fabrication technologies currently used by sputtering target manufacturers. This information

[17] Appendix A: Slide 9
[18] Exhibit 13
[19] HANSCOM 184-187
[20] For example Suscavage 24: 8-13

will be needed to determine the most expedient route to target fabrication before funds are expended in areas that may have already been proven to be unsuccessful.

In his background review of existing fabrication methods, Mr. Preston discussed the utility of plasma deposition techniques with others. One such discussion was with Dr. Kong from the Government's Idaho National Electrical and Environmental Laboratory ("INEL"). During that discussion Dr. Kong, based on his technical review of the properties of GaN powder[21], said that he did not think that plasma deposition of GaN targets would work. During recent discussion with Dr. Kong, he stated that he thought that Mr. Preston had some knowledge in plasma sources, but that Mr. Preston was not an expert[22]. Other options that became the basis for the '148 patent, hot pressing GaN powder with ammonium carbonate, were then discussed, see Section 4.4. The Air Force was not privy to this discussion with Dr. Kong under the terms of the CRDA,[23] and was not given the opportunity to reassess its uses of resources relative to this project. It was a few months later, in May 1997, that Mr. Preston showed the Air Force a GaN target processed by other means. In a later meeting with Mr. Preston, Dr. Alexander[24] from the Air Force asked that the plasma work be removed from the CRDA, probably because those targets were produced by hot pressing. Mr. Preston asked the tasks associated with plasma deposition remain for use in producing $ZrB_2$ targets. However, the plasma deposition was still included by Mr. Preston as element of both SBIR proposals (e.g. with Boston) and in later business plans[25].

***A CRDA was initiated between PDR (Preston) and the Air Force to investigate the plasma deposition of GaN targets. When Mr. Preston learned from Dr. Kong that this technique might not be successful, Mr. Preston did not notify the Air Force under the terms of the CRDA, and the Air Force continued to expend resources in this area.***

4.2. Nitride compacts '*148*[26]

A patent application titled 'Nitride Compacts' was submitted to the United States Trademark and Patent Office by Mr. Preston from PDR on Dec. 24, 1997[27]. There is no evidence that any PCT (Patent Cooperation Treaty) filings or any other foreign filings where made at that time or, as allowed, within the following year. In addition, no continuations to this patent application or patent filings in a similar area of technology were made by Mr. Preston and/or PDR after that time. At the time that the patent was published it was not assigned by Mr. Preston to PDR. The patent, U.S. Patent No. 5,942,148 ( "the '148 patent"), was granted August. 24, 1999 with substantially the same claim language as when it was submitted. The patent abstract states:

> A hot press method for the fabrication of doped or undoped gallium nitride compacts, and of other nitride compacts, employs as a starting material a powder mixture of the selected nitride and of a nitrogen rich salt. A preferred method for fabricating gallium nitride compacts employs ammonium carbonate powder as a starting material additive. In the course of the hot press operation, the endothermic volatilization of ammonium carbonate at a temperature below the disassociation temperature threshold of

---

[21] See handwritten notes on INEL 145
[22] Telephone conference call 23 May 2005 with Mr. Williamson
[23] Exhibit 13: Section 3.1.1
[24] Appendix E: Alexander Management Meeting
[25] Exhibit 5
[26] Appendix A: Slide 10
[27] Exhibit 1

> gallium nitride acts to cool the gallium nitride and also releases free nitrogen radicals that are available to replace any nitrogen lost by gallium nitride molecules through disassociation. The resulting compacts are substantially free of gallium metal, voids, or contaminants, and have a density exceeding 75% of theoretical maximum density.

The ‘148 patent describes a process for the fabrication of nitride compacts which are more commonly known as “targets” in the semiconductor community based on their use. The ‘148 patent describes making a homogenous mixture of 95% gallium powder and 5% ammonium carbonate powder by weight in a rotating container. Both powders were specified to be 99.9% pure and screen-sifted to average 10 micron average diameter. This mixture of powders is placed in a resistively heated graphite pressing mold, Figure 3. The specified size of 2” diameter is typical of that needed for small scale semiconductor processes, and the compact is normally sintered onto a support for structural stability.



Figure 3: Typical Hot Pressing System

It is the addition of an ammonium-rich salt to the GaN powder that is the primary inventive contribution in this patent. The ‘148 patent proposes that adding ammonium carbonate $(NH_4)_2CO_3$ will minimize void formation, gallium, gallium oxide formation in the compact reported by others. The ‘148 patent states that in the prior art that these were primary limitation of GaN targets produced to date and this had hindered the development of these materials. The production of high density compacts from powders by heating and/or pressure is known as sintering. This technique is most often used for metals, and sintering typically strengthens the powder mass by bonding adjacent surfaces. However, not all materials show an increase of density by sintering because some volatile materials disintegrate with temperature. The ‘148 patent propose the addition of ammonium carbonate to the target to help minimize the disintegration of GaN into gallium and nitrogen by making additional nitrogen available in the compact as a binder. It should be noted that production of the compact or target is not the endpoint but only an intermediate step in producing GaN layers needed for semiconductor devices.

GaN targets are needed for vapor deposition techniques[28] such as pulsed laser deposition (PLD) or sputtering that in turn produce the GaN layers[29]. As a consequence the properties of the GaN targets have a direct influence on the properties of the GaN layers produced. In both PLD and sputtering, either laser ablation (PLD) or ion bombardment (sputtering), removes a measured amount of GaN from the target that is then transported to a region where it deposits on a heated substrate, typically in a vacuum chamber. In the case of GaN, the material is normally deposited on sapphire. In both PLD and sputtering it is necessary that the target is sufficiently dense to stop the expulsion of larger particles from the surface the target. For example, the ‘985 patent (Section 5.3) states -

> One requirement for PLD sputtering targets is that the density must be high, probably above 85%, to decrease the likelihood of particles being ejected from the target and depositing on the substrate along with

[28] Appendix C: Ferguson - Epitaxial Film Growth
[29] Appendix C: Ferguson – III-Nitide Semiconductor Growth

the growing film.

While the density of the target will first determine if the deposition of GaN layer is possible without particulates or defects, it is only measuring the GaN layer that will indicate if it is useful for device applications.

***The primary inventive contribution of the '148 patent was the addition of an ammonium salt to GaN powder when hot pressing. It was stated that the GaN-based compact should be of sufficient density, over 75%, to stop particulate being ejected. It should be noted that just because a patent is granted it does not warrant its utility in a field of practice.***

4.3.'148 patent – Inventorship[30]

Mr. Preston has not been able to provide proof of invention for the '148 patent, written or otherwise, either during his deposition during document production. The lack of written notes in this area runs contrary to his mode operation elsewhere in this project. Mr. Preston has kept excellent records both written and on his computer during this project and with all his interactions with the Air Force. The first written proof that an invention[31] was made in the area of technology described in the '148 patent was made by Dr. Kong[32] of Idaho National Electrical and Environmental Laboratories ("INEL"), Figure 4.



GaN

- Plasma spray deposition of GaN target is not feasible.
- MT/sublimation temp is too low for GaN powder
- Yes, hot press with stabilizer may work.
- Stabilizer need to have N, + H.
- consider using $(NH_4)_2CO_3$ or $NH_4HCO_3$ as stabilizing agents

Figure 4: Notes taken by Dr. Kong of INEL (Exhibit 24, INEL146). This is the first recorded evidence of any invention resulting in the '148 patent.

The essence of the invention claimed in the '148 patent is the addition of an ammonium salt to GaN powders. During his deposition Mr. Preston stated that the first time he had heard of the term ammonium salt was December 1996, about 6 months into the CRDA agreement with Air Force, although he did not give the context.

> Preston 742: 23-24 Q. When did you first hear the term "ammonium salt" used; do you recall?
> Preston 743: 1-2 A. Ammonium salt used? Probably January of, maybe December of '96; January of '97

It should be noted that prior to filing of the patent application that issued as the '148 patent Mr. Preston worked actively in an environment in the Air Force where ammonium salts (halides) were used in GaN-based research. There was equipment that used ammonium halide at the back of one of the Air Force laboratories that he was working and he claimed during his deposition that it would not be venting into the room.

> Preston 247- 248: 24, 1-3 Well, he was using ammonium halide and it was like a -- an ammonium chloride, which is what they were using. That thing wouldn't have been venting into the room.

---

30 Appendix A: Slides 11 and 12
31 Appendix E: Kong Exhibit 24_INEL146
32 Appendix E: Kong resume

Moreover, the Air Force was actively working with ammonium halides at least 6 months prior to Mr. Preston's involvement with the Air Force. For example, in September 1995 there are written notes recording the Air Force's attempted growth of GaN and aluminum nitride ("AlN") using ammonium halide, $NH_4Cl$, as carrier gas. Preston also showed during his deposition that he understood that ammonium chloride was an ammonium salt.

> Preston 194: 1-3 Ammonium chloride is ammonium salt. They might not want to call it a salt, but that's all it is -- ammonium salt.

In parallel to the CRDA with the Air Force, Mr. Preston also altered a User's Agreement with INEL[33]. The purpose of this agreement was to have access to facilities and people familiar with plasma torches for the spray deposition of materials, which was the method stated in the CRDA for making a GaN target. It was in discussions with Dr. Kong of INEL that Mr. Preston was told that the plasma torch deposition technique would not work for GaN. Dr. Kong had noted from a Material Safety Data Sheet ("MSDS") that the melting temperature for GaN powders was too low relative to those produced in the plasma torch for the deposition to be successful (Section 4.1). MSDS information is provided by all manufacturers of chemicals and/or materials. The MSDS lists the physical properties of the chemical/material and any action in case of an emergency. Dr. Kong's notes made during this discussion then suggested an alternative means to produce GaN targets. The suggestion of using ammonium salts as binder for hot pressed targets was recorded by Dr. Kong in his discussions with Mr. Preston and not by Mr. Preston, Figure 4. The issue of Dr. Kong co-inventorship with Mr. Preston was addressed during Mr. Preston's deposition Mr. Preston thought that Dr. Kong had made an inventive contribution to the patent[34].

> Preston 194: 1-3 Ammonium chloride is ammonium salt. They might not want to call it a salt, but that's all it is -- ammonium salt.

In addition, in discussions that I had with Dr. Kong he also implied that he thought he made an inventive contribution[35] to the '148 patent. Moreover, it should also be noted that Dr. Kong was also actively involved in discussions with CERAC, the company that manufactured the targets for PDR, when the invention claimed in the '148 patent was first put into practice. Dr. Kong did not pursue his rights to invention because he misunderstood that any inventions that arose from work INEL performed for a small business were assigned to the business. However, the INEL user agreement with PDR had a clause in it that required the participant (Mr. Preston) to report all inventions (conceived or reduced) during the agreement[36]. Dr. Kong's apparent contribution to the '148 patent was never reported to INEL, potentially invalidating the patent and denying the government and Lockheed Martin as its management company their rights to the '148 invention. It should also be noted that Dr. Kong was not employed directly by the government but by Lockheed Martin because they were managing the INEL Department of Energy ("DOE") facility at this time.

---

[33] INEL 11-30
[34] Preston 199: 13-18
[35] Telephone conference call 23 May 2005 with Mr. Williamson
[36] User Agreement UA-LB-96-01: Appendix C (INEL 22-25)

***Given the importance of the '148 invention to Mr. Preston and his focus on documentation keeping it would seem reasonable to expect some evidence for this invention. Moreover, it appears that the inventive contribution of Dr. Kong has not been properly recognized because the invention was not reported by Mr. Preston to INEL. As a consequence the government was likely denied its rights to the '148 patent. The '148 is likely to be invalid until it reflects the correct contribution of all the inventors.***

4.4.'148 patent – Practice[37]

The invention described in the '148 was first reduced to practice on behalf of Mr. Preston by CERAC[38], a Milwaukee manufacturer of specialty inorganic materials and physical vapor deposition materials. The initial discussion with CERAC specifying the requirements for the manufacture of the target (compact) involved a three-way discussion that included Preston, Kong and CERAC[39]. These discussions resulted in the manufacture of two targets by CERAC at different times of slightly different compositions, Table 1. The main inventive contribution of the '148 patent was embodied in these targets, the use of an ammonium salt, in this instance ammonium carbonate $(NH_4)_2CO_3$, in hot pressing of a GaN target (compact). The composition used in the manufacture of the first target was that recorded by Dr. Kong in his discussions with Mr. Preston[40].

| Target | Date | Cost | Composition | Process Parameters | Density | Comment |
|---|---|---|---|---|---|---|
| 1 | 5/20/97 | $500[41] | 95% GaN / 5% $(NH_4)_2CO_3$ | Temp RT-860 °C / Press 0-50 Ton | 72.70% | Material very soft |
| 2 | 8/26/97 | $2125[42] | 92.5% GaN / 7.5% $(NH_4)_2CO_3$ | Temp RT-840 °C / Press 0-58 Ton | 74.78% | Material very soft |

Table 1: A Summary of the characteristics of the targets produced by CERAC for Preston

The GaN powder was mixed with ammonium carbonate, both specified as being 99.9% pure, in a plastic bottle mill containing tungsten carbide balls[43]. The homogenous mixture was removed and placed in a hot press and was then cycled through a predetermined sequence of temperature and pressure by Herman Peeler from CERAC. In both instances the material was marked by the operator, Herman Peeler, to be 'very soft'[44], i.e. the mixture had not shown significant densification. This is important because the first claim in the '148 patent teaches that 'a density in excess of 75%' should be achieved.



Figure 5: Photograph of the actual compact manufactured for Preston bv CERAC.

> Claim 1: A substantially pure gallium nitride compact having a density in excess of 75% of maximum theoretical density.

The two compacts produced by CERAC according to Mr.

37 Appendix A: Slide 13
38 www.cerac.com
39 Telephone conference call 23 June 2005 with Mr. Williamson
40 Appendix E: Kong Exhibit 24_INEL146
41 Invoice 156717, 14 May 1997 – CERAC 24
42 Invoice 161739, 6 August 1997 – CERAC 19
43 CERAC 85
44 CERAC 46 and 47

Preston's (and Dr. Kong's) '148 patent, Table 1, neither met nor exceeded this density requirement. It was also noted in the '148 patent in the section 'BACKGROUND OF THE INVENTION' that the consequences of not meeting this density requirement would negative consequences when the target was used.

> When targets having insufficient density are sputtered, overlarge particles in sizes from 0.7 to 100 μm may be ejected from the target and deposited on the thin film, causing a variety of defects that render the deposited material unsuitable for use in electronic applications.

Despite the target not meeting the requirements of the patent Mr. Preston still appeared overly worried that the invention would be made public by CERAC. After the two targets were made by CERAC, he then set about trying to renegotiate the terms of a pre-existing non-disclosure agreement with CERAC[45]. It was also at this time (May, 1997) that the Air Force was given the first target by Preston to characterize. CERAC only produced two targets for Preston (Table 2) and CERAC's total of the business with PDR was \$4213, including the sale of GaN powders[46].




Figure 6: The morphology of two GaN layers produced using the target manufactured for Preston by CERAC. Both layers, separated by ~3 months, show either particulates or defects on the surface.

The production of the target was only the first step in the production of a semiconductor layer and/or device. The target itself was an approximately ¼" thick amorphous (or possibly polycrystalline) nitride and ammonium carbonate compact on a 2" diameter metal disk, Figure 5. This target was then intended to be used in other equipment to produce thin semiconductor layers which do not constitute a useable form of the material for semiconductor applications even assuming a perfect 100% dense target could be produced.

The Air Force used different deposition techniques for semiconductor materials that required dense GaN targets for the deposition of GaN, pulsed laser deposition (PLD) and sputtering. The first target PDR was given to Mr. Suscavage at the Air Force to investigate the deposition of GaN by PLD. It was found that the GaN material produced by the target reflected its low density resulting in many particulates and defects on the surface of the layer, Figure 6. It should be noted that when a sufficiently dense target was used by the Air Force for PLD that no particulates where produced. This shows that the issue is not the PLD technique but the quality of the target. It will also be shown in the sections below that the addition of carbon and, in particular, oxygen in the ammonium carbonate would limit the ability to "dope" the GaN, and hence produce the p-n junction required for semiconductor devices (Section 4.6). Moreover, it will be that the results produced by the Air Force using Preston's targets lagged those already reported in the literature months prior to this work (Section 4.7).

---

[45] CERAC 52-53

[46] CERAC 36

***PDR, through CERAC, made an attempt to reduce the invention described by '148 patent to practice. However, the two targets manufactured by CERAC lacked the density stated in the patent. This rendered the target 'unsuitable for use in electronic (semiconductor) applications' because of the generation of particles and defects on the surface of the layer when used for pulsed laser deposition. It should be noted that when sufficiently dense targets were available continuous GaN films without particulates could be formed by pulsed laser deposition.***

4.5.'148 patent – Practice: Additional analysis of X-ray data[47]

There was one piece of data given to Mr. Preston by the Air Force that has been used by him on numerous occasions as proof of the utility of the target produced by CERAC, the x-ray data for sample MS082, Figure 7a. This figure appears in the '148 patent and was primary proof of an inventive contribution for the '148[48], was used in the 'presentation' given by Mr. Preston at the MRS meeting,[49] and has been included in government PDR's proposals[50], technology development plan[51] and the business plan when looking for venture funding[52]. As a consequence, this data must be considered in detail and compared to what other researchers were doing at the time (Section 4.7).

The data is shown in its original, linear, form in Figure 7a, as it appears in the '148 patent. This spectrum shows clear peaks at approximately 34.5°, 41.8° and 73.0° assigned to GaN (002), Sapphire (006) and GaN (004) by Alvin Drehman from the Air Force. The '148 patent states that:




Figure 7: a) linear and b) logarithmic plot of the x-ray data for sample MS082.

> It (Figure 7a) shows that gallium nitride is the sole discernible constituent material in the target, and that the gallium nitride is C-axis oriented and rotated 60 degrees with respect to the sapphire.

The comment that the 'gallium nitride (GaN) is C-axis oriented' implies that the material had reasonable, but necessarily complete, crystallographic alignment with the underlying sapphire substrate. However, the assertion that 'gallium nitride is the sole discernible constituent material in the target' is based on an incomplete analysis of the data. If the same data is plotted logarithmically[53], as in Figure 7b, then this conclusion in the '148 patent cannot be

[47] Appendix A: Slide 15
[48] Exhibit 1: Figure 1
[49] Exhibit 51
[50] Exhibit 14
[51] Exhibit 16
[52] Exhibit 11
[53] Appendix E: Drehman - Additional xray data. This data was requested by this expert witness.

reached[54,55,56].

| Peak Position | Linear Plot | Log Plot |
|---|---|---|
| x 20.600 | | Fringe |
| shoulder | | $Ga_20_3$ (121) |
| 34.600 | GaN (002) | GaN (002) |
| shoulder | | $Ga_20_3$ (110) |
| x 31.190 | | Fringe |
| 41.765 | Sapphire (006) | Sapphire (006) |
| 43.315 | | X (###) |
| 44.715 | | Al (200), C (111) or $Ga_20_3$ (020) |
| shoulder | | GaN (102) |
| 50.710 | | $Ga_20_3$ (220) |
| x 65.075 | | Fringe |
| 72.880 | GaN (004) | GaN (004) |
| shoulder | | X (###) |
| x 78.140 | | Fringe |

Table 2: Assignment of x-ray peaks for sample MS082

X-ray data is normally plotted in linear version so that the full width at half maximum ("FWHM") of the x-ray line width can be calculated, in this instance 990 arcsec (Table 3). In addition, most researchers also find it easier to directly compare x-ray line widths when it is plotted on a linear scale because logarithmic plots skew the data.

The logarithmic (log) plot in Figure 7b shows the full dynamic range of the data (about 4 orders of magnitude), and information that is typically lost in the noise in a linear plot can be seen. Very often the log plot is not given by the researcher if the data is poor. In Figure 7b it is apparent that many other x-ray peaks are present compared to Figure 7a and need to be attributed, Table 2. When a careful analysis of these additional peaks is completed they can be assigned to other phases of GaN not expected in purely c-axis orientated material is present. In addition, possible transitions associated with carbon and oxygen due to the inclusion of ammonium carbonate in the target may also be present. The assignment of these peaks is not unique, but most likely is based on the materials that were included in the process. Particulates do not limit ability to complete x-ray measurements, and may account for some of the unassigned peaks in Figure 7b.

***A more detailed analysis of the x-ray data brings into doubt the assertion in the '148 that gallium nitride is the sole discernible constituent material in the target, and that the gallium nitride is purely c-axis.***

4.6. '148 patent – Practice: Existence of impurities[57]

One difficulty in producing targets for deposition of GaN has been the purity of the GaN powders used in the compact, both used by PDR and that generally available. The purity of GaN powders, typically 99.9%, lags behind that compared to most semiconductor processes, which specify a starting purity of 99.9999% for the base materials. The requirement for 99.9999%

[54] Appendix D: Kung APL_66_2958
[55] Appendix D: Fantner Materials Science Forum 321-3_1056
[56] Appendix D: Kang Phys. stat. sol. (c) 2_2145
[57] Appendix A: Slide 14

purity is based on the role of unwanted impurities in the final material, which impede the ability to control final conductivity of the semiconductor material by doping. In GaN powders, many of the impurities results from the oxidization of the gallium nitride or the absorption of impurities due to the large surface to volume area. To initially address this problem in solid vapor deposition techniques such as sputtering, researchers used liquid gallium as a source because it was easier to purify. However, around the time the Air Force and Mr. Preston began working together a number of researchers had began to investigate solid GaN targets, and their data is comparable or better then that of Mr. Preston (Section 4.7).




Figure 8: EDAX measurements of the target show the existence of impurities such as carbon and oxygen.

It was communicated to Mr. Preston by a number of the researchers in the Air Force that the PDR targets contained a high level of background impurities. The ability of the Air Force to investigate the existence of residual impurities in the targets was hampered by Preston's secrecy. However, when EDAX (Energy Dispersive Spectroscopy (EDS) X-Ray Microanalysis) measurements were completed, it was apparent that there were regions in the compact that showed high impurity concentrations of carbon and possibly oxygen, Figure 8. The existence of impurities such as carbon and oxygen would be detrimental to the production of high quality GaN layers. Oxygen is a shallow donor in GaN[58] and its inclusion would make it possible to control the conductivity of the GaN film (Section 3.3). The most likely source of these impurities would be the ammonium carbonate $(NH_4)_2CO_3$, which was added to the GaN powder since it contains carbon (C) and oxygen (O). In the '148 patent it states that if oxygen is present, that gallium oxide would form:

> However gallium nitride has a disassociation temperature of approximately 850°C at atmospheric pressure, and the disassociation of gallium nitride molecules brings about the venting of nitrogen gas and the reformation of gallium metal or (if oxygen is present) gallium oxide.

In addition, it is pointed out prior art targets were of poor quality when gallium oxide was present.

> As a result prior art attempts to make gallium nitride targets have resulted in compacts characterized by numerous pockets of gallium metal, and/or gallium oxide, and by voids resulting from the venting of disassociated nitrogen.

Therefore, the practice of adding an oxygen containing ammonium salt such as ammonium carbonate to the GaN powder appears counterproductive if the formation of gallium oxide is detrimental to the properties of the PDR target. It should be noted that for this reason the Air Force used ammonium halides such as ammonium chloride ($NH_4Cl$) or bromide ($NH_4Br$) in their work since the volatile element (Cl or Br) is not typically a dopant in GaN. The high

---

[58] Appendix C: Wetzel - Oxygen Carbon Impurities in GaN

concentrations of carbon and oxygen in the target would likely have inhibited the ability to control the conductivity of the resulting GaN if continuous films could be formed. Photoluminescence (PL) from these samples was dominated by impurity related transitions. The addition of impurities such as carbon and oxygen would run contrary to what anyone familiar with the art would expect. For example, Prof. James Harris from Stanford stated that "adding oxygen does not appear like a good idea[59]." A detailed description of the issues associated with the unintentional incorporation of oxygen and carbon is given in Appendix C[60]. Mr. Preston's understanding of doping of semiconductor materials may have to be questioned. In his discussions with CERAC, Figure 9, he requested a doped target of a unity mixture of Mg/GaN, which far exceeded that required to p-type GaN. This was modified during the later revisions of his patents to 5%[61], again a value much more than needed for creating devices (Section 3.3). Moreover, the ability to produce electrically active p-type material would be unlikely the high concentrations of oxygen in the GaN films.




Figure 9: Notes show request for target with 1:1 Mg/GaN

When the targets were initially manufactured by CERAC, Mr. Preston requested that they not be machined. The targets were sanded[62], 'sand(s) very quickly', to give smooth morphology to allow uniform deposition. However, the process of sanding could add silicon based inclusion or impurities in the target that would further degrade the quality of the material. Silicon is also a n-type dopant in GaN.

***In the '148 patent, Mr. Preston stated that prior art attempts to make gallium nitride target were hampered by the inclusion of gallium oxide. The addition of ammonium carbonate $(NH_4)_2CO_3$ to the GaN powder results in the incorporation of carbon and oxygen in the target and in any GaN layers. The existence of high concentrations of these impurities would render GaN useless for semiconductor applications even if the target could form a continuous layer without particulate.***

4.7.'148 patent – Practice: Comparison of PDR PLD data with contemporary PLD data[63]

It is useful at this point to compare the research completed by the Air Force and Mr. Preston with the best research that was been reported in the literature at that time. The two main groups who were working in this area in the U.S. and reporting their results in Applied

| Sample | Structure | Date | (002) arcsec |
|---|---|---|---|
| Vispute | GaN/Sapphire | 9 April 1997 | 420 |
| Haung | - | 10 Nov 1997 | 1260 |
| MS082 | - | 18 Nov 97 | 990 |

Table 3: A comparison of the x-ray data reported by Preston to the contemporary literature.

[59] Telephone conversation 25 May 2005 with Prof. Jeff Harris
[60] Wetzel - Oxygen Carbon Impurities in GaN
[61] Appendix E: Preston Patent Revision 4
[62] CERAC 46 and 47
[63] Appendix A: Slide 16

Physics Letters, the premier journal for this type of research, were based in Stanford and the University of Maryland at College Park. Mr. Preston reported the Air Force data at the Material Research Society ("MRS") meeting on 5 December 1997, although it should be noted that he data was never reviewed or published (Section 4.9).

*Stanford Group:* Haung *et al,* APL **72** 1158 (1998)[64], reported the ability to grow both GaN and AlGaN layers. This paper was accepted for publication on 10 November 1997 and appeared after the MRS meeting on 7 January 1998. The layers were produced from GaN powders of 99.9% purity. The x-ray linewidths of the GaN produced by the group were similar to that reported by Mr. Preston, Table 3. They were, however, able to form continuous layers of GaN and reported electrical measurements. The material was found to be heavily *n*-type with an electron concentration on the order of $10^{19}$ $cm^{-3}$ and mobility around 30 $cm^2/V$ s, probably reflecting the high level of impurities in the GaN.

*University of Maryland Group:* Vispute *et al.* APL **71** 102 (1997)[65] produced high crystalline quality epitaxial GaN films with thicknesses 0.5–1.5 μm that were successfully grown directly on $Al_2O_3$(0001) substrate, i.e. sapphire. This paper was accepted for publication on 9 April 1997 and appeared before the MRS meeting on 1 May 1997. An x-ray diffraction line width of 420 arcsec was obtained for the best GaN films, Table 3. They claimed the crystalline properties of their PLD GaN films are comparable to those grown by metalorganic chemical vapor deposition and molecular beam epitaxy.




<u>Figure 10:</u> Data produced by Vispute et al APL **71** 102 (1997) is scaled to match that of the AF/Preston

A comparison between the work reported by Haung *at el* and Vispute *et al* can now be made, Table 3. The x-ray line-width reported by Haung *et al* is similar to that of sample MS082 (Figure 1(a)) and others produced by the Air Force at that time, whereas x-ray line-width reported by Vispute *et al* is much improved and warrants further consideration. A comparison typical of the x-ray spectrum given by Vispute *et al* with MS082 (scaled as necessary) is shown in Figure 10. The data from Vispute *et al* show clean x-ray spectra with no additional peaks. The x-ray spectrum for MS082 (Figure 1(a)) has additional peaks, reflecting its poorer quality due to particles or inclusions. It should be noted that later the GaN community recognized the properties could not be fully understood by only considering the FWHM of the (002), and that a study of off-axis reflections such as the (105) was also needed[66]. This was measured for a few GaN layers produced by the Air Force,[67] but the values obtained 7901 arcsec and 4505 arcsec were substantially poorer than that needed for high quality material[68]. <u>In the 6th International Conference on Nitride Semiconductors[69] (August 28 – September 2, 2005; Bremen, Germany) there is no direct mention of the PLD of</u>

[64] Appendix D: Harris APL_72_1158
[65] Appendix D: Vispute APL_71_102
[66] Appendix D: Fantner Materials Science Forum 321-3_1056
[67] Exhibit 17
[68] Kang Phys. stat. sol. (c) 2_2145
[69] www.icns6.org

GaN in a program[70] that extends to over 100 pages and covers hundreds of presentations over a week.

***The Air Force/Preston PLD data is incomplete and inferior to that reported in the literature for work completed prior to Mr. Preston's and the Air Force's involvement in this area of technology. There appears to be no current interest in the PLD of GaN materials in the technical community.***

4.8.'148 patent – Commercialization[71]

There currently exists no commercial process for the deposition of crystalline semiconductor materials using either PLD or sputtering[72]. PLD has had some utility in the deposition of oxide based materials especially superconductors, but it remains primarily a laboratory based research tool for semiconductor materials[73], not a commercial manufacturing process. Sputtering is used in silicon based semiconductor processes but primarily as a mechanism for depositing metals or high doped polycrystalline silicon for contacts. It should be noted that despite the results of the researchers at Stanford and the University of Maryland, there is no evidence in the literature that their work continued beyond the 1997-1998 timeframe, let alone that the technology was commercialized.

The '148 patent claims that:

> Extremely complex and expensive methods exist for depositing gallium nitride onto substrates, such as the molecular beam epitaxy (MBE) method disclosed in U.S. Pat. No. 5,633,192 to Moustakas et al., and the chemical vapor deposition (CVD) methods disclosed for example in U.S. Pat. No. 5,334,277 to Nakamura. However the prohibitive cost and the complexity of these methods render them effectively unusable for the fabrication of gallium nitride sputtering targets.

However the 'extremely complex and expensive' growth technique metal-organic chemical vapor deposition (MOCVD) has dominated the commercial market for the growth of GaN based semiconductor materials and devices[74,75]. MBE has been used to produce primarily electronic materials, and no sustained commercial market exists in this area.

Mr. Preston and later with his business partner, Chirvani Abdoullaev, made numerous attempts to commercialize the '148 patent and later the two patents licensed from the Air Force, the '540 and '985 patents. Multiple[76] Small Business Innovative Research (SBIR) proposals were submitted by Mr. Preston on behalf of PDR from 1998-2000. The SBIR program is a highly competitive program allows that small businesses to seek funding from the government to explore their technological potential and to profit from its commercialization. The U.S. Congress established the SBIR Program to stimulate technological innovation, utilize small business to meet federal research and development needs, and increase private sector commercialization[77]. The SBIR program allows for an independent and anonymous technical peer review of proposals. None of the SBIRs proposals that Mr. Preston (PDR) submitted to the

[70] Appendix G
[71] Appendix A: Slide 17
[72] This expert witness made numerous calls to other people familiar with the art
[73] Appendix C: Ferguson – III-Nitide Semiconductor Growth
[74] www.aixtron.com or www.veeco.com
[75] www.su.pennnet.com/report_display.cfm?rep_id=162
[76] Precise number not clear based on Preston's Deposition and the documentation provided
[77] www.win-sbir.com/related.html

SBIR program were funded. The proposals did not review well despite teaming with INEL, Stanford University and Boston University[78]. The reviews picked up many deficiencies in the technology and the business plan, for example:

> Exhibit 29 – Proposal lacks detail on how the tasks (research plan) will be accomplished; much work needs to be done on the targets before high performance device can be grown using laser ablation of GaN.
> Exhibit 30 – A risk is that semiconductor quality crystals cannot be grown and that powder and thick (polycrystalline) layers can be grown (with a limited market).
> Exhibit 31 – The proposal was exceedingly difficult to read. Numerous grammar and spelling errors made the content garbled and attempts to extract the underlying science and engineering concepts were difficult.

The business relationship with Mr. Abdoullaev produced a more coherent business plan[79] for Mr. Preston and PDR. However, the final results were similar to that of the SBIR program no significant funding. The business plan was submitted to numerous sources of venture funding[80] and the Odom Trust had promised to invest $250K based on the availability of matching funds. Tom Odom recognized that the venture was an -

> "early stage development company" with an extremely **high risk profile**...due to the nature of the competition and the required, compressed, developmental "timeline"![81]

It appears that an initial payment of $90K was made to Messrs. Preston and Abdoullaev by the Odom Trust either before or during the process of due diligence on PDR's technology was being completed by the Odom Trust. No further payments were made, and the relationship between the parties appeared to sour at some point[82]. It is not clear if the process of due diligence for funding was ever completed. However, it is likely that anyone familiar with the art of the production of GaN materials and devices would likely have come to the same conclusions reviewers SBIR program and this report. The results produced by the Air Force and Mr. Preston were marginal, not the order of magnitude leap needed in technology normally required to secure funding. Moreover, the business plan had other deficits, such as no cost of ownership (COO) model, even though they were trying to compete on cost with other technologies. The timing for when Messrs. Preston and Abdoullaev were trying to raise funds was not good. It followed the crash of the 'dot.com' boom. Most companies/ventures found it difficult to raise funds and/or debt at this time[83].

***Mr. Preston through the SBIR program and later with Mr. Abdoullaev through a more traditional venture route made a reasonable attempt to raise funds for a company based around the '148 and Air Force technology. However, it was not successful, most likely due to deficiencies in the technology that they developed.***

---

[78] See for example Exhibits 26 and 27
[79] Exhibit 5
[80] Precise number not clear based on Preston's and Abdoullaev's Deposition and the documentation provided
[81] Exhibit 10
[82] Exhibit 7
[83] This was the experience of a number of companies that this expert witness worked with who were trying to raise equity or debt in this time frame.

4.9.PDR MRS 'Presentation'[84]

Mr. Preston often uses a 'presentation' of the GaN PLD technology at the 1997 Fall Meeting of Materials Research Society[85] (MRS) meeting to add credibility to the technology and when seeking funding. Therefore the nature of the 'presentation' given by Mr. Preston needs to be considered.

The MRS has rigorous selection criteria for papers that are chosen for its Fall meeting[86]. An abstract is submitted to conference chairs prior to the meeting, and based on the strength of the abstract, the work is either selected for an oral presentation, a poster, or is rejected. A poster is typically requires posting 16-20 slides on a board detailing the work and then being available for one-on-one discussions for a period of 1-2 hours. When abstract is selected the authors are required to provide a longer paper (4-6 pages) for independent review prior to the conference.

There is no evidence that Mr. Preston ever submitted an abstract to this meeting, or that any contribution was made in the later published proceedings. The 'presentation' that Mr. Preston made consisted of 4 slides pinned on board beside a more substantial poster by Dr. Drehman on ZnO materials, a different area of technology. The original announcement for people attending the conference is shown below and Dr. Drehman's poster was listed with another 59 contributions[87] :

**SESSION D5: POSTER SESSION:**
**CRYSTAL GROWTH**
Monday Evening, December 1, 1997
8:00 P.M.
Salons G-K (M)

**D5.54** ULTRA SMOOTH ZnO BUFFER LAYERS ON (001) SAPPHIRE.
A.J. Drehman , S.-Q. Wang and P.W. Yip, Rome Laboratory, AFRL, Hanscom AFB, MA.

Anyone attending the conference would not have known about Mr. Preston's 'presentation' unless they happened to see it. Dr. Drehman[88] let Mr. Preston post information about the PLD work as a favor to him. The data provided would not constitute a normal poster, and would likely have been rejected by the conference organizers if submitted through normal channels.

***The work that Mr. Preston showed at the MRS meeting would not constitute a presentation, and the data was never reviewed or published. The only independent review that Mr. Preston's work received was in SBIR proposals, and they reviewed poorly and never ranked high enough to be funded.***

---

[84] Appendix A: Slide 18
[85] Exhibit 51
[86] This expert witness was a Co-Organizer for the Materials Research Society (MRS) Symposium on "Infrared Applications of Semiconductors III", November 1999, Boston, MA.
[87] www.mrs.org/meetings/fall97/program_book/d.html
[88] Discussion with expert witness.

4.10 Overview of the history of the '148 patent[89]

A review of the history of the '148 patent shows that it has serious issues in all stages of its life. This includes questions of the inventorship of the patent, the practice of the invention and its commercialization as summarized below.

*Invent:*

- Mr. Preston (PDR) cannot provide any written proof of invention.
- Air Force work using ammonium salts predates that of PDR. PDR had access to Air Force facilities using ammonium salts prior to claim of invention.
- Dr. Kong from INEL likely made an inventive contribution to the work that was not recognized.
- **Patent probably invalid**

*Practice:*

- Target hot pressed by CERAC according to instructions by PDR and Dr. Kong.
- Target(s) did not meet requirements of the patent being over 75% dense.
- Targets when used by the Air Force produced films containing particles by PLD.
- PLD sputtering targets require density above 85%.

*Commercialization:*

- Pre-existing commercial GaN device technology available from Nichia and others.
- Abdoullaev contacts PDR concerning his interest in GaN technology and a business relationship is formed.
- '148 patent and technology strengthened by the licensing of related Air Force technology in patents '985 and '540.
- Material science for investors difficult to understand and needed prototype. It became 'clear' to Abdoullaev (the venture was) 'going nowhere'.[90]
- No current interest in the PLD of GaN materials in the technical community[91].

In conclusion, the '148 patent states that 'Sputtering targets made according to the present invention have improved characteristics as compared to targets made according to the prior art.'

These improved characteristics include:
(1) substantially increased density at or above 75% theoretical density;
(2) low content of contaminants, particularly no gallium metal or gallium oxide;
(3) low porosity, substantially free of voids;
(4) low gas content especially oxygen or hydrogen;
(5) good mechanical strength and machinability; and
(6) low particulate transportation upon sputtering.

However, in practice the targets that CERAC made for PDR fail on all these criteria:

(1) substantially increased density at or above 75% theoretical density;
**Table 1 shows the targets have densities below 75%.**
(2) low content of contaminants, particularly no gallium metal or gallium oxide;

[89] Appendix A: Slide 19
[90] Abdoullaev 120:5-7
[91] Appendix G

**Figure 7b shows the possible existence of gallium oxide.**
(3) low porosity, substantially free of voids;
**Data not provided in the documentation.**
(4) low gas content especially oxygen or hydrogen;
**Figure 7b and Figure 8 shows evidence for oxygen in the target.**
(5) good mechanical strength and machinability; and
**Table 1 shows that the samples are soft**.
(6) low particulate transportation upon sputtering.
**Figure 6 shows particulates on the surface.**

## 5. What did the Air Force invent regarding GaN films?

### 5.1. Timeline Nitride growth using Ammonium Salts c.f. Rome (Hanscom) and PDR[92]

The Air Force had an extensive program in the growth of GaN and related materials using ammonium salts pre-dating its relationship with Mr. Preston, Figure 11. It can clearly be seen that the Air Force attempted to grow GaN using $NH_4Cl$ and $NH_4Br$ and AlN using $NH_4Cl$ before the time (December, 1996) that Mr. Preston first heard the term ammonium salts. In addition, Mr. Preston had access to the laboratories that the Air Force where this work was being completed (Section 4.2). When CERAC produced the first target for Mr. Preston using the method described in the '148 it was more than 18 months after the first documented work at the Air Force had been initiated.




Figure 11: Shows the timeline for the research completed by the Air Force using ammonium salts (red text) compared to that of Mr. Preston (blue text) revealed in his Deposition and other documents.

The first mention of GaN growth at the Air Force was 15 Sept. 1995 in a report titled 'Technology Management Review'[93]. In Section 6 of this document, a project *2300H508* calls out *Nitride Substrate Growth (ILIR)* using *Chemical Vapor Transport (CVT)*. Another proposal titled 'Growth of Bulk and Epitaxial Film Nitrides for High Temperatures Electronics' was

[92] Appendix A: Slide 21
[93] HANSCOM 2289-2301

produced by Mr. Bailey in March 1996[94]. Mr Bailey worked in the Air Force as both an independent contractor or with Solid State Scientific Corporation (an Air Force contractor) at different times. This document details in the experimental section an observation that the Air Force has seen some utility of producing GaN using ammonium chloride:

> Vapor Phase Growth of AIN, InN, and GaN
> AFRL (Air Force Research Laboratories) has found that ammonium chloride ($NH_4C1$) is a promising transport agent for chemical vapor transport of these nitrides. The chemical reaction is shown below.
>
> $$NH_4C1 + Ga \rightarrow GaN + HCL + H_2$$
>
> Chemical vapor transport experiments were conducted in quarts ampoules. The nutrients, seeds, and transport compounds were loaded in silica in a nitrogen glove box. The ampoules were sealed under vacuum after purging in nitrogen. The ampoule was place in a furnace and an insulator was place at each and a baffle was place in the seed area. The Growth temperatures were from 500-1000 C. Some experiments were made utilizing a boron nitride liner where the materials were first loaded into the liner then place inside the ampoule. Chemical vapor transport in a quasi-open system was also investigated, this procedure used an ampoule in which any gas produced was allowed to exit the ampoule to allow greater amounts if reactants to be used. The end result of the experiments was that highly oriented polycrystalline films were grown on sapphire substrates at high growth rates. AIN and InN were also converted from their corresponding metals. Early indications are that ammonium chloride is capable of achieving higher growth rates than other transport agents.

A series of quarterly reports detail the later work completed at the Air Force. However, his data has been more concisely summarized in two final reports for contract F30602-97-C-0092 (March 1, 1997 - September 30, 1997)[95] and contract F196628-98-C-0043 (14 April 1998 - 14 April 2001)[96]. Both these reports were generated on behalf of the Air Force by Mr. Bailey from Solid State Scientific Corporation (Section 8).

***The documented evidence clearly shows that the Air Force had a comprehensive program in the growth of GaN using ammonium salts prior to its involvement with Mr. Preston.***

5.2. General comments on the Air Force system for filing patents relative to this complaint

The Air Force has a rigorous process for preparing and prosecuting patent applications starting with a Disclosure and Record of invention (AF Form 1279)[97], which includes a detailed description of the 'Background of the Invention', an Invention Evaluation (AF Form 1981)[98] and other documentation addressing the inventors' assignment of the technology to the government. This documentation was present in the file wrapper for all of the Air Force patents that PDR asserts reflect Mr. Preston's inventions (the '540, '985, and '735 patents). Similar invention disclosure documentation is typically maintained by private companies that conduct research and development. The file wrapper for Mr. Preston's patent did not contain similar information.

The Disclosure and Record of Invention (AF Form 1279) is the first document in which a researcher(s) indicates that an invention has been made. The form contains the following sections:

---

[94] HANSCOM 902-935
[95] HANSCOM 2244-2258
[96] In HANSCOM documentation
[97] See, for example, HANSCOM 1568-1574
[98] See, for example, HANSCOM 1566-67