IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-2047C (Judge George W. Miller) |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME FOR FILING ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, PDR, Inc. herewith moves the Court to extend the time for filing its "Opposition to Defendant's Motion for Summary Judgment" by 30 days, from April 9, 2007 to May 9, 2007.

In so moving the Plaintiff states that it has been diligently gathering documents for said Opposition, and that its documentation will be completed by April 9, 2007 at which time Counsel, who has just returned from vacation, will draft and file it with the Court.

**This Motion has been assented to by the Defendant through its Counsel, J. Reid Prouty, Esq.**

Respectfully submitted,

s/ PHILIP F. FILOSA

Philip F. Filosa
P.O. Box 808
Wrentham, MA 02093
Tel.: (508) 397-0525
Email: pffilosa@netzero.net

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

Jeanne E. Davidson
Director

s/ J. REID PROUTY
J. Reid Prouty
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7586
Fax: (202) 514-7969

April 6, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 6th day of April, 2007, a copy of the foregoing " PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME FOR FILING ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PHILIP F. FILOSA

Attorney for the Plaintiff.