# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 03-2047 C<br>Filed May 7, 2007 |

ORDER

On May 7, 2007, plaintiff filed its Second Motion To Extend Time For Filing Its Opposition To Defendant's Motion For Summary Judgment. Plaintiff requests a further 30-day extension of the time to file its opposition. Plaintiff advises that defendant does not object to the further extension. For reasons relating to its internal workflow, the Court asked plaintiff if it could feasibly file its opposition within an additional two weeks, as opposed to an additional 30 days, and plaintiff advised that it could.

In consideration of the above, the Court ORDERS that by **Wednesday, May 23, 2007**, plaintiff shall file its opposition to defendant's Motion for Summary Judgment. Pursuant to the Rule 7.2(c) of the Rules of the United States Court of Federal Claims, defendant's reply brief is due on **Wednesday, June 6, 2007**. The Court will not grant any further extensions in this briefing schedule, absent a showing of compelling circumstances.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge