# In the United States Court of Federal Claims

| | |
|---|---|
| PDR, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 03-2047 C<br>Filed May 29, 2007 |

**ORDER**

On May 29, 2007, counsel for plaintiff advised the Court that plaintiff's Proposed Findings of Uncontroverted Fact (PFUF) and its Response to Defendant's Proposed Findings of Uncontroverted Fact (RDPFUF) failed to successfully attach to its electronic filing of May 23, 2007. Counsel for plaintiff further advised the Court that he will be away from his office until Tuesday, June 5, 2007, and consequently will be unable to file plaintiff's PFUF and RDPFUF until he returns. Defendant has advised the Court that it does would not object to plaintiff receiving leave to file its PFUF and RDPFUF out-of-time. However, because counsel for defendant will be in trial for two weeks in early June, defendant would need an extension of time to file its reply brief should the Court grant plaintiff leave to file those documents out-of-time. Defendant has advised the Court that should the Court grant plaintiff leave to file its PFUF and RDPFUF out-of-time defendant could file its reply no later than July 5, 2007.

In consideration of the above, the Court GRANTS plaintiff leave to file its PFUF and RDPFUF out-of-time. Plaintiff shall file those documents no later than **Tuesday, June 5, 2007**. Defendant shall file its reply to plaintiff's opposition no later than **Thursday, July 5, 2007**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge