IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PDR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2047C |
| v. | ) | |
| | ) | (Judge George Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for the Government to file its response to plaintiff's opposition to our motion for summary judgment by 21 days, from July 5, 2007 to July 26, 2007. We have discussed this matter with counsel for the plaintiff and represent that plaintiff does not oppose this motion.

We request the additional time because, subsequent to the time that the Court established the briefing schedule for this case, the United States Court of Appeals for the Federal Circuit scheduled two oral arguments for Government counsel for the week of the ninth of July. Preparation for these arguments and addressing other matters which arose when Government counsel was occupied during the two-week trial of SGS-92-X003 v. United States, No. 97-579C (Fed. Cl.), which was completed on June 20, 2007, have absorbed substantially all of Government counsel's time.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement and extend the deadline for the Government to file its response to plaintiff's opposition to our motion for summary judgment until July 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

June 26, 2007