# In the United States Court of Federal Claims

**No. 03-2047 C**

**PDR, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed August 30, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant with respect to Count II of the complaint, pursuant to RCFC 56(c). Counts I, III, and IV are dismissed without prejudice for lack of subject matter jurisdiction, pursuant to RCFC 12(h)(3)

Brian Bishop
Clerk of Court

**August 31, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.